07 - 65 -

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

CHRISS W. STREET,

                                       CIVIL ACTION NO: 2662-N

             Petitioner,

v.

THE END OF THE ROAD TRUST AND
AMERICAN TRAILER INDUSTRIES, INC.,

             Respondents.

**RESPONDENTS THE END OF THE
ROAD TRUST AND AMERICAN
TRAILER INDUSTRIES, INC.'S NOTICE
OF REMOVAL TO FEDERAL COURT**

**TO:** THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE; THE COURT OF
CHANCERY OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY; AND
PETITIONER CHRISS W. STREET AND HIS ATTORNEYS OF RECORD EDMOND D. JOHNSON
AND PHILLIP T. MELLET, PEPPER HAMILTON LLP, HERCULES PLAZA, SUITE 5100,
1313 N. MARKET STREET, P.O. BOX 1709, WILMINGTON, DELAWARE 19899 AND NEIL
B. GLASSMAN AND PETER B. LADIG, THE BAYARD FIRM, 222 DELAWARE AVENUE, P.O.
BOX 25130, WILMINGTON, DELAWARE 19899.

       **PLEASE TAKE NOTICE** that, pursuant to Title 28 U.S.C. §§ 1441, 1446 and 1452

respondents The End of The Road Trust and American Trailer Industries, Inc. (collectively

"Respondents"), hereby give notice of their removal to this Court Case No. 2662-N entitled

Chriss W. Street v. The End of The Road Trust and American Trailer Industries, Inc., from the

Court of Chancery of the State of Delaware in and for New Castle County.

       The grounds for removal of this action are as follows:

       1.  This Court has original federal-question jurisdiction of this civil action pursuant to 28

U.S.C. §§ 1331 and 1334 because it arises in or is otherwise related to Case No. 96-1563 (PJW),

In re Fruehauf Trailer Corporation, et al., a matter venued in the United States Bankruptcy Court

for the District of Delaware.

       2.  On or about January 18, 2007, Respondents were served with a copy of plaintiff

Chriss W. Street's ("Petitioner") Summons and Complaint by the Sheriff of New Castle County.

In accordance with 28 U.S.C. § 1446, a copy of all process and pleadings served upon Respondents in this civil action is attached hereto as Exhibit A.

3. The End of the Road Trust ("Trust") is a Delaware liquidating trust organized under the laws of the State of Delaware and created pursuant to a Chapter 11 plan of reorganization.

4. American Trailer Industries, Inc. ("American Trailer") is a wholly-owned subsidiary of the Trust created pursuant to a Chapter 11 plan of reorganization and organized and existing under the laws of the State of Delaware with its principal place of business in Delaware.

5. Petitioner is the former trustee of the Trust and CEO of American Trailer.

6. According to the Complaint, Petitioner seeks indemnification and advancement of fees and costs associated with investigations into his conduct while trustee of the Trust and CEO of American Trailer.

7. Petitioner's claim for indemnification and advancement of fees and costs is purportedly based on Section 5 of his employment agreement with the Trust, for services rendered as trustee of a Liquidating Trust arising our of a bankruptcy estate, and Section 5 of his employment agreement with American Trailer, and its predecessor in interest FrudeMex, Inc., for services rendered as CEO of the wholly-owned subsidiary of the Trust.

8. This Court also has original diversity jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy, exclusive of costs, exceeds $75,000:

   a. The Trust is a Delaware liquidating trust organized under the laws of the State of Delaware pursuant to a plan or reorganization;

   b. American Trailer is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Delaware;

    c.  As alleged in the Complaint, Plaintiff Chriss W. Street is a citizen and resident of the State of California and resides at 25 Pinehurst Lane, New Port Beach, California 92660; and

    d.  Petitioner seeks advancement of fees and cost in excess of $75,000 as evidenced by the attachments to Petitioner's Complaint exclusive of costs with this civil action.

9.  After removal, Defendants will promptly request referral of the civil action to the United States Bankruptcy Court for the District of Delaware for concurrent administration with Case No. 96-1563 (PJW), In re Fruehauf Trailer Corporation, et al.

10. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it has been filed within 30 days after service of the Summons and Complaint upon Respondents.

Dated: **FEBRUARY 2, 2007**
Wilmington, Delaware

            Respectfully submitted,

            David L. Finger (DE Bar ID # 2556)
            **FINGER & SLANINA, LLC**
            One Commerce Center
            1201 Orange Street, Suite 725
            Wilmington, DE 19801-1155
            Telephone (302) 884-6766

            **LEONARD, STREET AND DEINARD**
             *Professional Association*
            Robert T. Kugler (MN #194116)
            Jacob B. Sellers (MN #348879)
            150 South Fifth Street, Suite 2300
            Minneapolis, MN  55402
            Telephone:  (612) 335-1500
            Facsimile:  (612) 335-1657

            **ATTORNEYS FOR RESPONDENTS THE END OF THE ROAD TRUST AND AMERICAN TRAILER INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 2nd day of February, 2007, I caused a copy of

the foregoing Notice of Removal to be served via electronic service to the below-listed counsel of

record:

Edmond D. Johnson, Esq.
Pepper Hamilton LLP
1313 Hercules Plaza, Suite 5100
Wilmington, DE 19801

Neil B. Glassman, Esq.
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801


David L. Finger (DE Bar ID #2556)
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766



SUMMONS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

CHRISS W. STREET,

        Petitioner,

v.

THE END OF THE ROAD TRUST and
AMERICAN TRAILER INDUSTRIES, INC.,

        Respondents.

CIVIL ACTION NO. 2662-N

SUMMONS

**TO THE** SHERIFF OF NEW CASTLE COUNTY:

**YOU ARE COMMANDED:**

To Summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon

Edmond D. Johnson, Esquire , plaintiff's attorney whose address is
1313 N. Market St., Suite 5100, P.O. Box 1709
Wilmington, Delaware 19899-1709, an answer to the complaint.

To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

2007 JAN 16 AM 36

IN SHERIFF'S HANDS
NEW CASTLE COUNTY

*Patricia B. Randolph*

Dated January 12, 2007

Register in Chancery

CIVIL ACTION NO: 2662-N

CHRISS W. STREET,

                    Petitioner,
                    ~~Plaintiff~~

        VS.

THE END OF THE ROAD TRUST and
AMERICAN TRAILER INDUSTRIES INC.,

                ~~Defendant~~

                Respondents.

        SUMMONS

Please effectuate service upon:

1. American Trailer Industries, Inc.

    By serving its registered agent:

    Corporation Service Company
    2711 Centerville Road
    Wilmington, DE  19808

SERVICE TO BE COMPLETED BY
NEW CASTLE COUNTY SHERIFF

Edmond D. Johnson, Esquire
Attorney for Plaintiff

COPY

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

SUPPLEMENTAL INFORMATION PURSUANT TO RULE 3(a)
OF THE RULES OF THE COURT OF CHANCERY

The information contained herein is for the use by the court for statistical and administrative purposes only. Nothing stated herein shall be deemed an admission by or binding upon any party.

1.  Caption of case:  Chriss W. Street v. The End of the Road Trust and American Trailer Industries, Inc.

2.  Date filed:
    January 9, 2007

3.  Name and address of counsel for plaintiff:

    Edmond D. Johnson (Del. Bar. No. 2257)
    Phillip T. Mellet (Del. Bar No. 4741)
    Pepper Hamilton LLP
    1313 Hercules Plaza, Ste. 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709

4.  Short statement and nature of claim asserted:
    Claim for advancement and indemnity

5.  Substantive field of law involved (check one):

    _Administrative law           _Trade secrets/
    _Commercial law                    trade mark/or other
    _Constitutional law                intellectual property
    X Corporation law             _Trusts
    _Guardianships                _Wills and estates
    _Labor law                    _Zoning
    _Real property                _Other _____

6.  Related case(s):  N/A

7.  Basis of court's jurisdiction (including the citation of any statute conferring jurisdiction):
    Petition for advancement of expenses under 8Del. C. § 145(k)

8.  If the complaint seeks preliminary equitable relief, state the specific preliminary relief sought:
    N/A

9.  If the complaint seeks summary or expedited proceedings, check here  X.

    _____
    Signature of Attorney of Record

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| CHRISS W. STREET | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. _____ |
| | : | |
| THE END OF THE ROAD TRUST AND | : | |
| AMERICAN TRAILER INDUSTRIES, INC. | : | |
| | : | |
| Respondents. | : | |

## **PRACIPE**

To:    Register in Chancery
       500 North King Street
       Wilmington, DE 19801

**PLEASE ISSUE WRIT OF SUMMONS** to the Sheriff of New Castle

County, as service upon the Defendant, American Trailer Industries, Inc.

Registered Agent for American Trailer Industries, Inc.
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

Dated:  January 9, 2007

Edmond D. Johnson (Del. Bar No. 2257)
Phillip T. Mellet (Del. Bar. No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

-And-

Neil B. Glassman (Del. Bar No. 2087)
Peter B. Ladig (Del. Bar No. 3513)
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Chriss W. Street



EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

CHRISS W. STREET                        :
                                        :        CIVIL ACTION
                    Petitioner,         :
                                        :
        v.                              :        NO. 2662-N
                                        :
THE END OF THE ROAD TRUST AND           :        CERTIFIED
AMERICAN TRAILER INDUSTRIES, INC.       :        AS A TRUE COPY
                                        :        ATTEST:
                    Respondents.        :
                                                 REGISTER IN CHANCERY

## PETITION FOR ADVANCEMENT AND INDEMNIFICATION

1.      Petitioner Chriss W. Street ("Street") is a citizen of the state of California who is the former Trustee of The End of the Road Trust and the former Chairman of the Board ("COB") and Chief Executive Officer ("CEO") of American Trailer Industries, Inc. Street is currently the treasurer of Orange County California.

2.      Respondent The End of the Road Trust ("EORT") is a Trust organized under the laws of Delaware to hold the former assets of the Fruehauf Trailer Corporation ("Fruehauf").

3.      Respondent American Trailer Industries, Inc. ("ATII") is a Delaware Corporation owned by EORT which was originally named Frudemex, Inc. ("Frudemex"). Frudemex owns, among other things, all of the stock of Fruehauf de Mexico ("FdM"), a former subsidiary of Fruehauf. Frudemex changed its name to ATII in 1999.

4.      In 1998, Street entered into a contract under which he became the Trustee of EORT (the "Trustee"). (A copy of Street's employment agreement with EORT (the "EORT

Agreement") is attached hereto as Exhibit A). Street remained as Trustee until August 1, 2005 at which time he was replaced as Trustee by Daniel Harrow ("Harrow), a citizen of California.

5.      In 1998, Street also entered into a contract with Frudemex under which he became the COB and CEO of Frudemex. (A copy of Street's employment agreement with Frudemex/ATII (the "Frudemex/ATII Agreement") is attached hereto as Exhibit B.) Street remained as the CEO and COB of Frudemex/ATII until August of 2005 when he resigned from his positions at ATII.

6.      Section 5 of both the EORT Agreement and the Frudemex/ATII Agreement contain broad indemnification and advancement provisions that are functionally identical. (*See* Exhibit A at Section 5; Exhibit B at Section 5.)

7.      In November of 2005 EORT sought permission from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") to take discovery of Street pursuant to Bankruptcy Rule 2004. The purpose of the discovery was to investigate the conduct of the now former trustee, Street. An agreed upon order was entered by the Bankruptcy Court on December 2, 2005 (the "2004 Order" a copy of which is attached hereto as Exhibit C).

8.      Pursuant to the 2004 Order, EORT issued a subpoena upon Street which called for extensive document discovery and a deposition of Street.

9.      Despite the fact that he lives in Newport Beach, CA, EORT insisted that the deposition take place in San Diego – almost 100 miles from Street's residence -- rather than Los Angeles where EORT's counsel also maintained an office.

10.     Street produced documents and appeared for his deposition in San Diego despite the fact that it was anything but convenient for him.

-2-

11.    Subsequent to this discovery, EORT insisted on additional discovery purportedly pursuant to the 2004 Order. That lead to extended negotiations and culminated in an ill advised motion for contempt against Street which was readily denied by the Bankruptcy Court. However, Street agreed to appear for additional deposition time which became the subject of another agreed upon order.

12.    Throughout this process, EORT has repeatedly threatened to sue Street for what it describes as malfeasance in office.

13.    Street has also been subject to an investigation, beginning in July of 2001, by the Department of Labor in connection with transactions between entities owned or controlled by EORT and an entity owned by a pension plan associated with EORT.

14.    In addition, Street was named as a defendant in a suit brought by creditors of Dorsey Trailer Company ("Dorsey"). Dorsey was owned by the pension plan referred to in Paragraph 13 above. Street was appointed to the board of Dorsey on behalf of EORT.

### COUNT I

15.    Street repeats and realleges the allegations of paragraphs 1-14 as if fully set out herein.

16.    Both the EORT Employment Agreement and the Frudemex/ATll Employment Agreement contain broad indemnity and advancement provisions. More specifically, the agreements provide that Street is entitled to indemnification for: "[A]ll liabilities … incurred by Street in connection with any action, suit, proceeding or investigation arising out of or relating to the performance by Street of services for , or acting as trustee or in any other capacity on behalf of the Trust..." (Exhibit A, Section 5; *compare* Exhibit B, Section 5.) The agreements also provide that: "Expenses (including attorney's fees) incurred by Street in defending any civil, criminal, administrative or investigative action, suit or proceeding shall be

-3-

paid by the Trust in advance of the final disposition of said action, suit, or proceeding upon receipt of an undertaking by Street to repay such amount if it shall ultimately be determined by a court of competent jurisdiction that Street is not entitled to be indemnified by the Trust..."
(Exhibit A, Section 5; *compare* Exhibit B, Section 5.)

17.    The investigation of Street by EORT is clearly an investigative action within the express terms of the indemnification provisions in the EORT Agreement. Consequently, Street is entitled to advancement for his attorney's fees so long as he has provided EORT with the undertaking required by the EORT Agreement.

18.    During the investigation of Street by EORT, EORT's counsel also undertook to investigate Street's conduct with respect to Frudemex/ATII – an entity owned by EORT. Consequently, the EORT investigation of Street constituted an investigative action within the express terms of the indemnification provisions of the Frudemex/ATII Agreement.

19.    In February of 2006, Street sent Harrow, in his capacity as trustee of EORT, an undertaking that complies with the terms of the EORT Agreement. (A copy of the EORT undertaking is included in Exhibit D.) In February of 2006, Street sent ATII an undertaking that complies with the terms of the ATII Agreement. (A copy of the ATII undertaking is included in Exhibit D.)

20.    On March 17, 2006, Street sent Harrow a demand for advancement to cover his liabilities arising out of the EORT and ATII investigations. (A copy of the 2006 Demand is attached hereto as Exhibit E.)

21.    On March 31, 2006 counsel for EORT and ATII denied Street's demand for advancement (the "Denial Letter"). (*See*, Exhibit F hereto.)

-4-

22.    The Denial Letter confuses the right to advancement with the right to indemnity and asserts that Street is not entitled to advancement because he has not provided proof of any indemnifiable expenses.

23.    In April of 2006 when counsel for EORT was demanding additional depositions of Street, Counsel for Street inquired whether EORT would advance Street funds to cover his attorney's fees in connection with such depositions. Counsel for EORT declined advancement citing the Denial Letter.

24.    On December 28, 2006, Street sent Harrow a demand letter (the December EORT Demand) seeking advancement of his attorneys fees incurred to date in the EORT investigation, the Department of Labor investigation and the Dorsey suit. The December EORT Demand included copies of the bills received by Street on which the demand was made together with another undertaking which complies with the terms of the EORT Agreement.

25.    On December 28, 2006, Street sent ATII a demand letter (the December ATII Demand) seeking advancement of his attorney's fees incurred to date. The December ATII Demand included copies of the bills received by Street on which the demand was made together with an undertaking which complies with the terms of the ATII Agreement. (*See*, Exhibit F hereto.)

26.    Street has not received any response to the December EORT Demand or the December ATII Demand, but based upon EORT's and ATII's conduct in connection with past demands, Street does not expect a different result.

## COUNT II

27.    Street repeats and realleges the allegations of Paragraphs 1 through 26 as if fully set out herein.

28.    The EORT Agreement and the ATII Agreement provide, among other things, for indemnification of Street's liabilities incurred in connection with any action, suit, investigation or proceeding arising out of or relating to the services provided by Street to or on behalf of EORT or ATII.

29.    Street's liability for attorneys fees and the costs of this action were incurred in connection with investigations and a suit arising out of his provision of services to or on behalf of EORT or ATII.

30.    Under established precedents of this State, if successful, Street is entitled to indemnification for his costs and fees incurred in connection with this action without regard to the ultimate outcome of the underlying investigations and suit on which this action is based.

WHEREFORE Street asks that this Court:

a.    Enter judgment in favor of Street and against the End of the Road Trust and American Trailer Industries, Inc. for advancement of fees and costs in an amount to be determined by the Court subject to Street's obligation to repay if a court of competent jurisdiction ultimately determines that Street is not entitled to indemnity for these liabilities;

b.    Enter judgment in favor of Street and against the End of the Road Trust and American Trailer Industries, Inc. in an amount to be determined by the Court as indemnity for Street's costs and fees in bringing this action;

#8245112 v1

c.    Award Street prejudgment interest against the End of the Road

Trust and American Trailer Industries, Inc. from the time that he incurred liabilities in

connection with the investigations and suit underlying this action; and

d.    Grant Street such other and further relief as this Court deems just.

Dated:  January 9, 2007


Edmond D. Johnson (Del. Bar No. 2257)
Phillip T. Mellet (Del. Bar. No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

-And-

Neil B. Glassman (Del. Bar No. 2087)
Peter B. Ladig (Del. Bar No. 3513)
The Bayard Firm
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Chriss W. Street

#8245112 v1

Exhibit
A

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875


# EXHIBIT A

## EMPLOYMENT AGREEMENT

EMPLOYMENT AGREEMENT (the "Agreement") made as of October 27, 1998 between THE END OF THE ROAD TRUST, Chriss W. Street, Trustee (the "Trust"), a trust created under a trust agreement dated as of October 27, 1998 ("Trust Agreement"), with its principal offices located at 1111 Bayside Drive, Suite 160, Corona del Mar, California 92625, and CHRISS W. STREET, an individual with offices located at 1111 Bayside Drive, Suite 160, Corona Del Mar, California 92625 ("Street").

### WITNESSETH:

WHEREAS, Fruehauf Trailer Corporation, a Delaware corporation ("Fruehauf Trailer"), and certain of its direct and indirect subsidiaries (collectively, the "Debtors") filed petitions for relief under Chapter 11 of the U.S. Bankruptcy Code on October 7, 1996 and have operated as debtors-in-possession from that date through the date hereof;

WHEREAS, the Amended Joint Plan of Reorganization filed by the Debtors with the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on July 28, 1998, as amended by the Amended First Modifications to Debtors' Amended Joint Plan of Reorganization dated September 17, 1998 and further amended by an order of the Bankruptcy Court dated October 20, 1998 (collectively, the "Plan"), became effective on October 27, 1998 (the "Effective Date");

WHEREAS, pursuant to the Plan the Trust has been established as a liquidating trust for the benefit of certain creditors of the Debtors as of the Effective Date, including as the principal beneficiaries of the Trust persons and entities holding certain Series A Senior Secured Notes of Fruehauf Trailer (the "Senior Notes") in the aggregate principal amount of $54,505,000 as of the Effective Date of the Plan, to hold and liquidate assets of the Debtors which have been transferred to the Trust as of the Effective Date;

WHEREAS, also pursuant to the Plan certain securities of Wabash National Corporation ("Wabash") registered in the name of Fruehauf Trailer will be distributed directly to the holders of the Senior Notes shortly following the Effective Date and the remaining assets of the Debtors will be transferred to the Trust; and

WHEREAS, Street has served as Chairman of the Board and President of Fruehauf Trailer since April 1997 and has agreed to serve as trustee of the Trust pursuant to the terms of the Trust Agreement and the terms and conditions of this Agreement.

G:\WORD\Corp24\24860106.aag.wpd

Troke 3

NOW, THEREFORE, in consideration of the foregoing premises and the covenants and agreements hereinafter set forth, the parties hereto agree as follows:

1. Appointment as Trustee; Term. Street is hereby constituted and appointed as trustee of the Trust and hereby agrees to serve as trustee of the Trust and assume the duties and powers of the trustee for an initial term commencing on the Effective Date and continuing until the earlier of the third anniversary of the Effective Date and the dissolution of the Trust. If the Trust has not been dissolved prior to the third anniversary of the Effective Date, the term of this Agreement shall be automatically renewed for an additional one year term (subject to earlier termination in the event of dissolution of the Trust prior to the end of the renewal term) and shall continue to be renewed for additional one year terms on each succeeding anniversary of the Effective Date until dissolution of the Trust; provided, however, that this Agreement shall not be renewed beyond the initial three year term or any one year renewal term, if applicable, if the Trust Advisory Committee (as defined in the Trust Agreement) notifies Street in writing at least 90 days prior to the end of the applicable term that the Trust will not renew this Agreement at the end of the then current term.

2. Power and Authority. Street, as trustee, shall have such authority and powers as shall be vested in him by the Trust Agreement and by further order of the Bankruptcy Court in the bankruptcy proceeding relating to the Debtors. In furtherance of such powers, Street shall be entitled to employ or retain such employees, advisers, agents (including but not limited disbursing agents), counsel, accountants and consultants as he deems necessary and appropriate to manage the affairs of the Trust on such terms and conditions as he deems appropriate, and the compensation paid or to be paid to such persons for services rendered to the Trust or to Street in his capacity as trustee shall be a cost and expense of the Trust. The Trust hereby acknowledges that Street will initially employ Worth Frederick and Courtney Watson as employees of the Trust at initial salaries of $20,000 per annum and $65,000 per annum, respectively. So long as Street is serving as trustee, no co-trustee will be appointed without Street's prior written consent.

3. Compensation as Trustee. For serving as trustee of the Trust, Street shall receive the following compensation:

(a) An annual fee of $200,000 (the "Annual Fee"), payable in semi-monthly installments during each year of the initial term and any renewal term.

(b) In addition to the Annual Fee, Street shall receive a bonus ("Percentage Fee") equal to 12.5% of the value, in excess of the aggregate principal amount of the Senior Notes outstanding on the Effective Date (such principal amount hereinafter referred to as the "Par Amount"), of all assets which are distributed to the holders of the Senior Notes pursuant to

the Plan, either directly by Fruehauf Trailer or by the Trust, calculated on a cumulative basis from and after the Effective Date; provided, however, that if the assets distributed prior to the first anniversary of the Effective Date have a value equal to or in excess of the Par Amount, the Percentage Fee payable to Street will be equal to 15% of the value of the assets distributed in excess of the Par Amount. For purposes of determining the value of assets distributed to the holders of the Senior Notes pursuant to the Plan and calculation of the Percentage Fee, the following shall apply:

(i)     The value of shares of Common Stock of Wabash ("Common Stock") distributed to the holders of the Senior Notes will be equal to the higher of (A) the average of the closing sale prices of the Common Stock as reported by the New York Stock Exchange for the 10 consecutive trading days immediately prior to the date (which shall not be any earlier than the Effective Date) which Fruehauf Trailer establishes as the record date for determining the holders of the Senior Notes who will be entitled to receive the shares of Common Stock to be distributed to such holders (the "Distribution Record Date") and (B) the average of the daily closing sale prices of the Common Stock as reported by the New York Stock Exchange for the period of 90 days following the date on which the certificates representing the Common Stock are first delivered to the holders of the Senior Notes (the "Distribution Date") (the higher of (A) or (B) being referred to as the "Average Price"). No other change in the market price of the Common Stock will be given any effect in calculating the value of the Common Stock distributed to the holders of the Senior Notes.

(ii)    The value of the shares of Series B 6% Cumulative Convertible Exchangeable Preferred Stock of Wabash (the "Preferred Stock") distributed to the holders of the Senior Notes will be equal to the product of (A) and (B), where (A) is the result obtained by dividing the sum of $17,600,000 plus the proportionate amount, calculated through the Distribution Date, of the dividends paid in respect of the Preferred Stock on the first dividend payment date following the Distribution Date, by the conversion price of the Preferred Stock (i.e. $21.375, subject to anti-dilution adjustments) and (B) is the Average Price. No other change in the market price of the Common Stock will be given any effect in calculating the value of the Preferred Stock distributed to the holders of the Senior Notes.

(iii)   The value of all other assets distributed to the holders of the Senior Notes shall be fair market value of such assets on the respective dates of distribution, which fair market value shall be determined by mutual

agreement of Street and the Trust Advisory Committee, except if no such agreement is reached, fair market value shall be determined by an independent appraiser whose selection will be mutually agreed upon by Street and the Trust Advisory Committee.

(c) The determination of the cumulative value of assets distributed to the holders of Senior Notes pursuant to the Plan shall be made on a quarterly basis as of the close of business on the last day of each calendar quarter, commencing with the quarter ending December 31, 1998, except that if the value of assets distributed to the holders of the Senior Notes on or before September 30, 1999 (i.e., the last day of the calendar quarter immediately preceding the first anniversary of the Effective Date) has not equaled or exceeded the Par Amount, a determination shall also be made as of the close of business on the day prior to first anniversary of the Effective Date to determine whether the cumulative value of the assets distributed on or before that date equals or exceeds the Par Amount. The Percentage Fee, if any, payable to Street in respect of any calendar quarter shall be paid within thirty days following the last day of such quarter.

(d) Except as provided in subparagraph (i) and (ii) of paragraph (b) above, in the event that an asset is distributed in kind, it shall be valued on the date of distribution and no subsequent change in value will be given effect in determining the value of such asset for purposes of determining the cumulative value of assets distributed to holders of Senior Notes.

4. Termination as Trustee.

(a) In the event Street ceases to serve as trustee prior to the end of the initial term or any renewal term for any reason other than as a result of termination for Cause (as hereinafter defined), Permanent Disability (as hereinafter defined), death or voluntary resignation, he shall continue to receive the Annual Fee that is payable for the remainder of the applicable term. In addition, in the event of such termination and the amount distributed to the holders of the Senior Notes prior to the date of termination has equaled or exceeded the Par Amount, Street will continue to be entitled to receive the Percentage Fee (if any) for a period of two years following the date on which he ceases to serve as trustee; provided, however, that if, as of the date on which Street ceases to serve as trustee, an amount equal to or greater than 90% but less than 100% of the Par Amount has been distributed to the holders of the Senior Notes and within one year following such date the cumulative amount distributed to the holders exceeds 100% of the Par Amount, Street will be entitled to receive the Percentage Fee on amounts distributed to the holders in excess of the Par Amount within 18 months after the date he ceases to serve as trustee and, provided, further, that if Street is terminated as trustee at any time prior to the first anniversary of the Effective Date other than for Cause, Street will be entitled to receive the Annual Fee and Percentage Fee (if any) until

the third anniversary of the Effective Date irrespective of the cumulative amount which has been distributed to the holders of the Senior Notes on the date of termination. Upon Street's death or termination as trustee as a result of a Permanent Disability during the initial or any renewal term, Street (or his heirs, as the case may by) shall be entitled to receive the Annual Fee and Percentage Fee (if any) for a period of one year following the date on which he ceases to serve as trustee. The Trust shall be authorized to obtain insurance to cover the amount owed to Mr. Street in the event of death or termination as a result of Permanent Disability and Street agrees to submit to a physical or such other test as may be required to obtain such insurance. If Street is terminated as trustee either for Cause or ceases to serve as trustee as a result of a voluntary resignation, Street shall be entitled to the Annual Fee and Percentage Fee (if any) through the date of termination. For purposes of this paragraph (a) only, any cash received by the Trust from and after the date on which Street ceases to serve as trustee shall, for purposes of calculation of the Percentage Fee, be deemed to have been distributed to the beneficiaries of the Trust.

    (b)  For purposes of this Section 4, the following definitions shall apply:

        (i)  "Cause" shall mean Street shall have either (A) been engaged in an act of fraud or dishonesty against the Trust, (B) been convicted of, or entered a pleas of *nolo contendre* to, a felony or a misdemeanor involving moral turpitude under the laws of the United States or any state thereof, (C) admitted or been found by a court of law to have been involved in either the distribution, possession or use of illegal drugs or (D) knowingly violated in a material way any policy maintained by the Trust.

        (ii)  "Permanent Disability" shall mean that Street, as a result of an incapacity due to physical or mental illness, has been unable to perform the duties of trustee for a period of not less than 90 consecutive days and, within 30 days of notice of termination being sent to him by the Trustee Advisory Committee based on such incapacity, shall have failed to return to the performance of his duties as trustee.

    (c)  The Trust and Street agree that it is impossible to determine with any reasonable accuracy the amount of prospective damages that would be incurred by Street in the event of his termination as trustee of the Trust before the end of any applicable term of this Agreement and the parties further agree that, based upon the facts and circumstances of the parties at the time of entering this Agreement and with due regard to future expectations, amounts payable to Street pursuant to this Section 4 are in the nature of liquidated damages and are not a penalty.

5. Indemnification. In addition to any right of indemnification which may be available to Street pursuant to the Trust Agreement, the Trust hereby agrees to indemnify Street for all liabilities (including, without limitation, judgements, fines, settlement payments, losses, damages, costs and expenses, including attorneys' fees) incurred by Street in connection with any action, suit, proceeding or investigation arising out of or relating to the performance by Street of services for, or acting as trustee or in any other capacity on behalf of the Trust, so long as Street acted in good faith and in a manner reasonably believed to be in or not opposed to the best interests of the Trust and, with respect to any criminal action or proceeding, had no reasonable cause to believe his conduct was unlawful. Expenses (including attorney's fees) incurred by Street in defending any civil, criminal, administrative or investigative action, suit or proceeding shall be paid by the Trust in advance of the final disposition of such action, suit or proceeding upon receipt of an undertaking by Street to repay such amount if it shall ultimately be determined, by a court of competent jurisdiction, that Street is not entitled to be indemnified by the Trust as provided in this Section 5. The Trust hereby agrees, during the term of this Agreement, to maintain fiduciary liability insurance on behalf of Street in such amounts as Street deems reasonable.

6. Miscellaneous.

(a) The Trust acknowledges that Street will be employed by, or perform services on behalf of, other persons and entities during the term of this Agreement and that he shall only be required to devote as much of his business time as he, in his sole discretion, reasonably deems necessary to perform his duties as trustee.

(b) The Trust acknowledges that Street will be entitled to perform his duties as trustee at such location as he deems appropriate. Street shall be entitled, on behalf of the Trust, to procure such office space and arrange for such secretarial and/or administrative assistance, office supplies, support services and such other facilities and services as he deems reasonable necessary for the performance of his services as trustee, the cost of which shall be borne by the Trust Estate. All reasonable and customary expenses incurred by Street in the performance of his duties as trustee, including but not limited to entertainment and travel expenses, shall be promptly reimbursed to him by the Trust. Street shall also be entitled to participate in all fringe benefits, including but not limited to medical insurance coverage, which the Trust may offer to its employees generally.

(c) No amounts paid to Street by any of the Debtors prior to, on or following the Effective Date, including but not limited to the confirmation bonus of $350,000 paid to Street as described in the Disclosure Statement concerning the Plan, shall be deemed in satisfaction of, or credited against, any amount to be paid to Street pursuant to this Agreement.

(d) This Agreement and all rights of Street hereunder shall inure to the benefit of and be enforceable by Street's personal or legal representatives, executors, administrators, successors, heirs, distributees, devisees and legatees. If Street should die while any amounts would still be payable to him hereunder if he had continued to live, all such amounts shall be paid in accordance with the terms of this Agreement to Street's devisee, legatee or other designee or, if there be no such designee, to Street's estate.

(e) For purposes of this Agreement, notices, demands and all other communications provided for in this Agreement shall be in writing and shall be deemed to have been duly given when delivered or (unless otherwise specified) mailed by United States certified or registered mail, return receipt requested, postage prepaid, to the addresses set forth on the first page hereof or to such other address as either party may have furnished to the other in writing in accordance herewith, except that notices of change of address shall be effective only upon receipt.

(f) No provisions of this Agreement may be modified, waived or discharged unless such waiver, modification or discharge is agreed to in writing signed by Street and a member of the Trust Advisory Committee on behalf of the Trust. No waiver by either party hereto at anytime of any breach by the other party hereto of, or compliance with, any condition or provision of this Agreement to be performed by such other party shall be deemed a waiver of similar or dissimilar provisions or conditions at the same or at any prior or subsequent time. No agreements or representations, oral or otherwise, express or implied, with respect to the subject matter hereof have been made by either party which are not set forth expressly in this Agreement. The validity, interpretation, construction and performance of this Agreement shall be governed by the laws of the State of Delaware without regard to its conflicts of law principals.

(g) The invalidity or unenforceability of any provisions or provisions of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement, which shall remain in full force and effect.

(h) This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original but all of which together will constitute one and the same instrument.

(i) Any dispute or controversy arising under or in connection with this Agreement shall be settled exclusively by the Bankruptcy Court.

(j) This Agreement sets forth the entire agreement of the parties hereto in respect to the subject matter contained herein and supersedes any and all other prior agreements,

promises, covenants, arrangements, communications, representations or warranties, whether oral or written, by and officer, employee or representative of any party hereto, and any prior agreement of the parties hereto in respect of the subject matter contained herein is hereby terminated and canceled.

IN WITNESS WHEREOF, the parties hereto have entered this Agreement as of the date first above written.

THE END OF THE ROAD TRUST

By: _____
Name:
Title: As Trustee

_____
Chriss W. Street

Exhibit

B

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875



# EXHIBIT B

# EMPLOYMENT AGREEMENT

EMPLOYMENT AGREEMENT (the "Agreement") made as of October 27, 1998 between FRUDEMEX, INC., a corporation organized under the laws of the State of Delaware with its principal offices located at 1111 Bayside Drive, Suite 160, Corona del Mar, California 92625 (the "Company"), and CHRISS W. STREET, an individual with offices located at 1111 Bayside Drive, Corona del Mar, California 92625 ("Employee").

## WITNESETH:

WHEREAS, Fruehauf Trailer Corporation, a Delaware corporation ("Fruehauf Trailer"), and certain of its direct and indirect subsidiaries (collectively, the "Debtors") filed petitions for relief under Chapter 11 of the U.S. Bankruptcy Code on October 7, 1996 and have operated as debtors-in-possession from that date through the date hereof;

WHEREAS, the Amended Joint Plan of Reorganization filed by the Debtors with the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on July 28, 1998, as amended by the Amended First Modifications to Debtors' Amended Joint Plan of Reorganization dated September 17, 1998 and further amended by an order of the Bankruptcy Court dated October 20, 1998 (collectively, the "Plan"), became effective on October 27, 1998 (the "Effective Date");

WHEREAS, pursuant to the Plan, a liquidating trust (the "Trust") has been established for the benefit of certain creditors of the Debtors to hold and liquidate assets of the Debtors which have been transferred to the Trust as of the Effective Date;

WHEREAS, one of the assets transferred to the Trust pursuant to the Plan is the capital stock of the Company, which was a subsidiary of Fruehauf Trailer and whose principal asset is the capital stock of Fruehauf de Mexico, S.A. de C.V., a corporation organized under the laws of Mexico ("Fruehauf de Mexico");

WHEREAS, the Company desires that the Employee serve as Chairman of the Board and Chief Executive Officer of the Company from and after the Effective Date pursuant to the terms and conditions of this Agreement; and

WHEREAS, Employee is also serving as trustee ("Trustee") of the Trust pursuant to an Employment Agreement dated as of October 27, 1998 (the "Trustee Employment Agreement").

NOW, THEREFORE, in consideration of the mutual premises and agreements contained herein, and intending to be legally bound hereby, the parties hereto agree as follows:

1.  Nature of Employment; Term of Employment. The Company hereby employs Employee, and Employee agrees to serve the Company, as its Chairman of the Board and Chief Executive Officer, upon the terms and conditions contained herein. Employee shall serve as an employee of the Company for an initial term commencing on the Effective Date and continuing until the earliest of (i) the third anniversary of the Effective Date, (ii) the dissolution of the Trust and (iii) the date on which either (A) the Trust no longer owns, directly or indirectly, a majority of the voting stock of the Company, (B) the Company no longer owns, directly or indirectly, a majority of the voting stock of Fruehauf de Mexico, or (C) all of the assets of Fruehauf de Mexico have been sold and Fruehauf de Mexico is subsequently liquidated. If the Trust has not been dissolved prior to the third anniversary of the Effective Date and none of the events specified in (iii) above have occurred by the third anniversary of the Effective Date, the term of this Agreement shall be automatically renewed for an additional one year term (subject to earlier termination in the event of dissolution of the Trust or occurrence of any of the events specified in (iii) above prior to the end of the renewal term) and shall continue to be renewed for additional one year terms on each succeeding anniversary of the Effective Date until dissolution of the Trust or occurrence of any of the events specified in (iii) above; provided, however, that this Agreement shall not be renewed beyond the initial three year term or any one year renewal term, if applicable, if the Company notifies Employee in writing at least 90 days prior to the end of the applicable term that the Company will not renew this Agreement at the end of the then current term.

2.  Power and Authority.

(a)  As Chairman of the Board and Chief Executive Officer of the Company, Employee shall have full power and authority as chief executive officer and full supervisory authority over all operations and employees of the Company. In the performance of his duties, Employee shall be subject to the direction of the Board of Directors of the Company.

(b)  So long as Employee is employed by the Company, the Company shall use its best efforts to cause Employee to be nominated as a director of the Company and shall appoint Employee as chairman of the board and chief executive officer and a director of such subsidiaries of the Company as Employee deems appropriate. In addition, for so long as he serves as Chairman of the Board and Chief Executive Officer of the Company, Employee shall be entitled to designate those persons whom the Company will nominate for election as directors of the Company and any of the Company's subsidiaries, including himself.

3.  Compensation. For serving as Chairman of the Board and Chief Executive Officer of the Company, Employee shall receive an annual salary of $50,000 per year, payable in semi-monthly installments (the "Base Salary"). Collection and payment of all withholding and other payroll taxes due with respect to the Base Salary shall be the responsibility of the Company. Employee will also be provided with all of the fringe benefits and perquisites that

are provided to senior executives of the Company or Fruehauf de Mexico, and shall be entitled to participate in all employee benefit plans, programs and arrangements of the Company or Fruehauf de Mexico, now or hereinafter in effect, that are applicable to the employees of the Company or Fruehauf de Mexico generally or to their senior executives.

4.    Termination of Employment.

(a) In the event Employee ceases to serve as Chairman of the Board and Chief Executive Officer of the Company, he shall receive payments as provided in (i), (ii), (iii) or (iv) below.

(i)    If some or all of the capital stock of the Company is sold or otherwise disposed of by the Trust, or some or all of the capital stock of Fruehauf de Mexico is sold or otherwise disposed of by the Company, or all or substantially all of the assets of Fruehauf de Mexico are sold and, as a result thereof, Employee no longer serves as Chairman of the Board and Chief Executive Officer of the Company, Employee will receive, upon the date of sale or other disposition of the stock or assets, as the case may be, a lump sum payment equal to the aggregate Base Salary that would have been paid to him pursuant to Section 3 of this Agreement had he continued to serve as Chairman of the Board and Chief Executive Officer of the Company until the end of the then current term of the Trust Employment Agreement (without any reduction or discount because of the advance nature of such payment).

(ii)    Except to the extent that payment is previously made to Employee pursuant to clause (i) of this paragraph (a), or as otherwise provided in (iii) and (iv) of this paragraph (a), in the event Employee ceases to serve as Trustee and he is entitled to receipt of the Annual Fee (as defined in the Trust Employment Agreement) from the Trust for any period thereafter, the Company shall be required to pay Employee the Base Salary and all other benefits payable to him pursuant to Section 3 of this Agreement for so long as he is entitled to receive payment of the Annual Fee, whether or not he continues to serve as an officer of the Company during such period.

(iii)    Upon Employee's death or termination as Chairman of the Board and Chief Executive Officer of the Company as a result of a Permanent Disability (as hereinafter defined), Employee (or his heirs, as the case may by) shall be entitled to receive the Base Salary for a period of one year following the date on which he ceases to serve as an officer. The Company shall be authorized to obtain insurance to cover the amount

owed to Employee in the event of death or termination as a result of Permanent Disability and Employee agrees to submit to a physical or such other test as may be required to obtain such insurance.

(iv)     If Employee is terminated as an officer for Cause (as hereinafter defined) or ceases to serve as an officer as a result of a voluntary resignation, Employee shall be entitled to the Base Salary through the date of termination.

(b) For purposes of this Section 4, the following definitions shall apply:

(i)     "Cause" shall mean Employee shall have either (A) been engaged in an act of fraud or dishonesty against the Company, (B) been convicted of, or entered a plea of *nolo contendre* to, a felony or a misdemeanor involving moral turpitude under the laws of the United States or any state thereof, (C) admitted or been found by a court of law to have been involved in either the distribution, possession or use of illegal drugs or (D) knowingly violated in a material way any policy maintained by the Company.

(ii)     "Permanent Disability" shall mean that Employee, as a result of an incapacity due to physical or mental illness, has been unable to perform the duties of Chairman and Chief Executive Officer of the Company for a period of not less than 90 consecutive days and, within 30 days of notice of termination being sent to him by the Company based on such incapacity, shall have failed to return to the performance of his duties at Chairman of the Board and Chief Executive Officer.

(c) The Company and Employee agree that it is impossible to determine with any reasonable accuracy the amount of prospective damages that would be incurred by Employee in the event of his termination as Chairman of the Board and Chief Executive Officer of the Company and the parties further agree that, based upon the facts and circumstances of the parties at the time of entering this Agreement and with due regard to future expectations, amounts payable to Employee pursuant to this Section 4 are in the nature of liquidated damages and are not a penalty.

5. Indemnification. In addition to any right of indemnification which may be available to Employee pursuant to the Company's articles of incorporation, by-laws or otherwise, the Company hereby agrees to indemnify Employee for all liabilities (including, without limitation, judgements, fines, settlement payments, losses, damages, costs and expenses, including attorneys' fees) incurred by Employee in connection with any action, suit, proceeding or investigation arising out of or relating to the performance by Employee of

services for, or acting as a director, officer or employee of, or in any other capacity for, the Company or any of its subsidiaries, so long as Employee acted in good faith and in a manner reasonably believed to be in or not opposed to the best interests of the Company and, with respect to any criminal action or proceeding, had no reasonable cause to believe his conduct was unlawful. Expenses (including attorney's fees) incurred by Employee in defending any civil, criminal, administrative or investigative action, suit or proceeding shall be paid by the Company in advance of the final disposition of such action, suit or proceeding upon receipt of an undertaking by Employee to repay such amount if it shall ultimately be determined, by a court of competent jurisdiction, that Employee is not entitled to be indemnified by the Company as provided in this Section 5. During the term of this Agreement, the Company shall maintain directors and officers liability insurance on behalf of Employee in such amounts as Employee deems reasonable.

6.    Non-Competition.  Employee agrees that he will not (a) during the period he is employed by the Company, directly or indirectly, be employed by, or act as a consultant to, or be a director, officer, employee, owner, or partner of, any other business or organization that is or shall then be competing with the business of the Company or Fruehauf de Mexico, and (b) for a period of three months after he ceases to be employed by the Company, directly or indirectly compete with or be engaged in the same business as the Company or Fruehauf de Mexico, or be employed by, or act as consultant or lender to, or be a director, officer, employee, owner, or partner of, any business or organization which, at the time of such cessation, competes with or is engaged in the same business as the Company or Fruehauf de Mexico, except that in each case the provisions of this Section 6 will not be deemed breached merely because Employee owns not more than five percent (5.0%) of the outstanding common stock of a corporation, if, at the time of its acquisition by Employee, such stock is listed on a national securities exchange, is reported on The Nasdaq Stock Market, or is regularly traded in the over-the-counter market by a member of a national securities exchange.

7.    Patents; Copyrights.  Any interest in patents, patent applications, inventions, copyrights, developments, and processes ("Inventions") which the Employee now or hereafter during the period he is employed by the Company may own or develop relating to the fields in which the Company or Fruehauf de Mexico may then be engaged shall belong to the Company; and forthwith upon request of the Company, Employee shall execute all such assignments and other documents and take all such other action as the Company may reasonably request in order to vest in the Company all his right, title, and interest in and to such Inventions, free and clear of all liens, charges, and encumbrances.

8.    Confidential Information.  All confidential information which Employee may now possess or may obtain or create prior to termination of employment by the Company which relate to the business of the Company or of any customer or supplier of the Company shall not be published, disclosed, or made accessible by him to any other person, firm, or corporation during the period of employment by the Company or any time thereafter

without the prior written consent of the Company. Employee shall return all tangible evidence of such confidential information to the Company prior to or at the termination of his employment.

9. Miscellaneous.

(a) The Company acknowledges that Employee will be employed by, or perform services on behalf of, other persons and entities during the term of this Agreement and that he shall only be required to devote as much of his business time as he, in his sole discretion, reasonably deems necessary to perform his duties as Chairman and Chief Executive Officer of the Company.

(b) The Company acknowledges that Employee will be entitled to perform his duties as Chairman and Chief Executive Officer of the Company at such location as he deems appropriate. Employee shall be entitled, on behalf of the Company, to procure such office space and arrange for such secretarial and/or administrative assistance, office supplies, support services and such other facilities and services as he deems reasonable necessary for the performance of his services hereunder, the cost of which shall be borne by the Company. All reasonable and customary expenses incurred by Employee in the performance of his duties hereunder, including but not limited to entertainment and travel expenses, shall be promptly reimbursed to him by the Company.

(c) No amounts paid to Employee by any of the Debtors prior to, on or following the Effective Date, including but not limited to the confirmation bonus of $350,000 paid to Employee as described in the Disclosure Statement concerning the Plan, shall be deemed in satisfaction of, or credited against, any amount to be paid to Employee pursuant to this Agreement.

(d) This Agreement and all rights of Employee hereunder shall inure to the benefit of and be enforceable by Employee's personal or legal representatives, executors, administrators, successors, heirs, distributees, devisees and legatees. If Employee should die while any amounts would still be payable to him hereunder if he had continued to live, all such amounts shall be paid in accordance with the terms of this Agreement to Employee's devisee, legatee or other designee or, if there be no such designee, to Employee's estate.

(e) For purposes of this Agreement, notices, demands and all other communications provided for in this Agreement shall be in writing and shall be deemed to have been duly given when delivered or (unless otherwise specified) mailed by United States certified or registered mail, return receipt requested, postage prepaid, to the addresses set forth on the first page hereof or to such other address as either party may have furnished to the other in writing in accordance herewith, except that notices of change of address shall be effective only upon receipt.

(f) No provisions of this Agreement may be modified, waived or discharged unless such waiver, modification or discharge is agreed to in writing signed by Employee and a designated representative of the Company. No waiver by either party hereto at anytime of any breach by the other party hereto of, or compliance with, any condition or provision of this Agreement to be performed by such other party shall be deemed a waiver of similar or dissimilar provisions or conditions at the same or at any prior or subsequent time. No agreements or representations, oral or otherwise, express or implied, with respect to the subject matter hereof have been made by either party which are not set forth expressly in this Agreement. The validity, interpretation, construction and performance of this Agreement shall be governed by the laws of the State of Delaware without regard to its conflicts of law principals.

(g) The invalidity or unenforceability of any provisions or provisions of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement, which shall remain in full force and effect.

(h) This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original but all of which together will constitute one and the same instrument.

(i) Any dispute or controversy arising under or in connection with this Agreement shall be settled exclusively by the Bankruptcy Court.

(j) This Agreement sets forth the entire agreement of the parties hereto in respect to the subject matter contained herein and supersedes any and all other prior agreements, promises, covenants, arrangements, communications, representations or warranties, whether oral or written, by and officer, employee or representative of any party hereto, and any prior agreement of the parties hereto in respect of the subject matter contained herein is hereby terminated and canceled.

CWS 00007

IN WITNESS WHEREOF, the parties have duly executed this Agreement as of the date first written above.

FRUDEMEX, INC.

By _____

Name: Chriss W. Street

Title: President

_____

CHRISS W. STREET

Exhibit

C

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875


# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                          )
                                                )    Jointly Administered
                                                )
FRUEHAUF TRAILER CORPORATION,  )
et al.,                                         )    Case No. 96-1563 (PJW)
                        Debtors.                )    Chapter 11
                                                )
                                                )    Re: D.I. 1823
                                                )

### ORDER, UNDER BANKRUPTCY RULE 2004, DIRECTING EXAMINATION OF AND PRODUCTION OF DOCUMENTS BY MR. CHRISS W. STREET AND OTHER PERSONS WITH RELEVANT KNOWLEDGE

Upon consideration of the Motion for an Order For Examination of Mr. Chriss W.

Street (the "Motion"), filed by the Trustee of The End of the Road Trust as successor to Fruehauf

Trailer Corporation and the other above-captioned debtors and debtors in possession (the

"Debtors"), and the record of these cases; and adequate and sufficient notice of the Motion

having been given; and good cause having been shown;

IT IS HEREBY ORDERED THAT:

1.      The Motion is hereby granted.

2.      The Trustee is authorized to undertake and cause the examination

of Chriss W. Street and other persons with relevant knowledge concerning the Debtors'

acts, conduct, or property or liabilities and financial condition and/or Street's

administration of the estate.

3.      The examination of Chriss W. Street and other persons with

relevant knowledge regarding the acts, conduct, and property of the Debtors, or to any

matter which may affect the administration of the Debtors' estate shall be conducted at

the offices of the attorney for the Trustee, Baker & McKenzie LLP, 101 West Broadway, 12th Floor, San Diego, California, on December 22 and 23, 2005.

4.    Street is directed to produce the Documents requested by the Motion on or before December 15, 2005.

5.    Pursuant to Fed. R. Civ. Proc. 45(a)(3), as made applicable to this action by Fed. R. Bankr. Proc. 9016, the Trustee may issue additional subpoenas to as they deem appropriate in their Rule 2004 investigation to compel the production of documents and the attendance of witnesses with relevant knowledge concerning the Debtors' acts, conduct, or property or liabilities and financial condition and/or Street's administration of the estate.

6.    This Order is without prejudice to the rights of the Trustee or other parties in interest to apply for further discovery of Street or any other material witnesses.

7.    This Court shall retain jurisdiction over any matter related to the Motion and this Order.

Dated:    December __, 2005
          Wilmington, Delaware

                                _____
                                THE HONORABLE PETER J. WALSH
                                UNITED STATES BANKRUPTCY JUDGE

2

Exhibit

D

EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

# EXHIBIT D

U.S. POSTAL SERVICE        CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

FEB 16 2006

Received From:
Chriss Street
25 Pinehurst Ln
Newport Beach, Ca

One piece of ordinary mail addressed to:
The End of The Road
c/o Libra Securities Trust
Suite 870
1176 Wilshire Blvd LA 90025

PS Form 3817, January 2001

$0.95
NEWPORT BEACH, CA 92658
FEB 16 06
AMOUNT
000759152-25

Daniel W. Harrow, Trustee
The End of the Road Trust
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re End of the Road Trust

Dear Mr. Harrow:

As you know, I am involved in a 2004 examination, initiated by you to inquire into my handling, as Trustee, of the affairs of the End of the Road Trust (the "Trust").

My employment agreement with the Trust provides that the Trust will advance me funds to cover my expenses, including attorney's fees, incurred in connection with any action, including an investigative action, arising out of or relating to my performance of services for the Trust upon receipt of an undertaking by me to repay any amount advanced if it shall be ultimately determined in a court of competent jurisdiction that I am not entitled to be indemnified by the Trust under my employment agreement.

Please accept this letter as my undertaking to repay to the Trust any expenses paid by it on my behalf in advance of the final disposition of the above-described investigation, if it shall ultimately be determined by a court of competent jurisdiction that I am not entitled to be indemnified by the Trust under my employment agreement.

Sincerely,

Chriss W. Street

FEB 6 2006

Edmond D. Johnson

609930v1

U.S. POSTAL SERVICE     CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
*Chriss Street*
*25 Pinehurst Lane*
*Newport Beach Ca 92660*

One piece of ordinary mail addressed to:
*American Trailer Ind*
*c/o Libra Securities LLC*
*Suite 870*
*11766 Wilshire Blvd CA. 90025*

PS Form 3817, January 2001

$0.95
0000759991-25

U.S. POSTAGE
NEWPORT BEACH, CA
92658
FEB 16, 06
AMOUNT

Mr. Daniel W. Harrow
American Trailer Industries, Inc.
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re: American Trailer Industries, Inc.

Dear Mr. Harrow:

As you know, I am involved in a 2004 examination, initiated by you to inquire into my handling of, among other things, the affairs of American Trailer Industries, Inc. ( "ATII"), formerly known as Frudemex, Inc., and Fruehauf de Mexico, S.A. de C.V. ("FHM"). FHM has been a subsidiary of ATII at all relevant times.

My employment agreement with ATII provides that ATII will advance me funds to cover my expenses, including attorney's fees, incurred in connection with any proceeding, including an investigative proceeding, arising out of or relating to my performance of services for ATII or any of its subsidiaries upon receipt of an undertaking by me to repay any amount advanced if it shall be ultimately determined in a court of competent jurisdiction that I am not entitled to be indemnified by ATII under my employment agreement.

Please accept this letter as my undertaking to repay to ATII any expenses paid by it on my behalf in advance of the final disposition of the above-described investigation, if it shall ultimately be determined by a court of competent jurisdiction that I am not entitled to be indemnified by ATII under my employment agreement.

Sincerely,

Chriss W. Street

FEB 2 2006

Exhibit

E



EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

# EXHIBIT E

March 17, 2006

Daniel W. Harrow, Trustee
The End of the Road Trust
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re End of the Road Trust

Dear Mr. Harrow:

I am writing to demand advancement of expenses under the indemnification of expenses provisions of my employment agreement with the End of the Road Trust (the "Trust") and my employment agreement with Frudemex., Inc (now American Trailer Industries, Inc. ("ATII")). As you know, I have provided you with an undertaking with respect to both ATII and the Trust. As a result, both ATII and the Trust are now required to advance me funds to cover my expenses. I will need an advancement of $150,000 to cover the indemnifiable expenses that I have already incurred and those that I reasonably expect to incur in the near future.

Sincerely,

Chriss W. Street

6099.1Dv1

Exhibit
F



EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

# EXHIBIT F

**BAKER & McKENZIE**

Baker & McKenzie LLP
101 West Broadway, Twelfth Floor
San Diego, California 92101-3890, USA

Tel: +1 619 236 1441
Fax: +1 619 236 0429
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

March 31, 2006

Mr. Edmond D. (Ted) Johnson
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Ali M.M. Mojdehi
Tel: +1 619 235 7780
ali.m.m.mojdehi@bakernet.com

Via E-Mail and U.S. Mail

RE:    Chriss W. Street Advancement Demand

Dear Ted:

This letter serves as a follow up to my letter to you dated March 24, 2006 regarding Mr. Chriss W. Street's demand for advancement of certain expenses related to indemnification. In my prior letter, I promised to revert just as soon as the Trustee and the Board of American Trailer Industries, Inc. completed an evaluation of Mr. Street's demand for advancement of expenses. This evaluation is still in progress, however the Trustee and Board of American Trailer Industries, Inc. have come to an initial determination that it appears that no reimbursable expenses have been incurred by Mr. Street.

First, Mr. Street's letters (which contain no detail or receipts) demand the advancement of $150,000, making a vague reference that Street is "involved in a [Rule] 2004 examination" initiated by the Trustee. I am sure your are aware, however, that expenses unnecessarily incurred by virtue of Street's own willful misconduct are not subject to advancement.

As you are aware, Section 3 of the Consent Order dated August 18, 2005 Ratifying the Resignation of Trustee, Mr. Chriss W. Street, and Approving Mr. Daniel W. Harrow as the Successor Trustee and Other Related Relief Nunc Pro Tunc to August 1, 2005 (the "Consent Order") requires Mr. Street to "cooperate" with the Trustee and to take all further actions necessary to facilitate the performance of the Trustee's duties. As you know, because Mr. Street refused to cooperate and to appear for questioning voluntarily, the Trustee was forced to bring the Motion for 2004 Examination of Mr. Chriss W. Street and Other Persons with Relevant Knowledge, compelling Mr. Street's attendance for questioning at a deposition concerning Mr. Street's acts as the former trustee of the Trust. Furthermore, as is fully evidenced by the deposition transcript, the progress of the court-ordered Rule 2004 examination itself was severely hampered by Mr. Street's non-responsive answers and dilatory and contumacious behavior during the deposition. This uncooperative behavior greatly increased the time required to conduct the deposition (which, as a result, still has not been completed). Each of these acts were not only a breach of the Consent Order but also caused the Trust to incur needless additional expense.

Furthermore, these particular expenses related to the January 2006 Rule 2004 Examination would not be subject to advancement under *any* circumstances. Under the Consent Order, Street reserved rights of indemnity solely for "events occurring prior to August 1, 2005."



Likewise, the Consent Order expressly states that "nothing herein *or otherwise* shall entitle Street to *any expenses* incurred after August 1, 2005" (emphasis added).

In the event that Mr. Street submits any future request for advancement of expenses, it must be accompanied by proper and sufficient backup to enable the Trustee to conduct the necessary review of all claimed expenses. Required backup would include originals of all supporting receipts and, with respect to attorney fees and expenses, copies of all attorney timesheets containing the description of the reimbursable services provided. Finally, let me remind you that any request for indemnification will also be reviewed (i) in light of the standard of conduct required for indemnification under all applicable federal statutes and (ii) in light of presently known facts and circumstances concerning Mr. Street's conduct.

Sincerely,

**Baker & McKenzie LLP**

Ali M.M. Mojdehi

Exhibit

G



EFiled: Jan 9 2007 6:02PM EST
Transaction ID 13400875

# EXHIBIT G

**Chriss Street**
25 Pinehurst
Newport Beach, California
92660

December 28, 2006

Daniel W. Harrow, Trustee
The End of the Road Trust
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re End of the Road Trust

Dear Mr. Harrow:

    I am writing to demand advancement of expenses under the indemnification of expenses provisions of my employment agreement with the End of the Road Trust (the "Trust") and my employment agreement with Frudemex., Inc (now American Trailer Industries, Inc. ("ATII")). As you know, I have provided you with an undertaking with respect to both ATII and the Trust. As a result, both ATII and the Trust are now required to advance me funds to cover my expenses. I will need an advancement of $500,000 to cover the indemnifiable expenses that I have already incurred and those that I reasonably expect to incur in the near future.

    I have enclosed copies of billing details for your review.

Sincerely,

Chriss W. Street

609930v1

Chriss Street
25 Pinehurst
Newport Beach, California
92660

December 28, 2006

Daniel W. Harrow, Trustee
The End of the Road Trust
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re End of the Road Trust

Dear Mr. Harrow:

As you know, I am involved in a 2004 examination, initiated by you to inquire into my handling, as Trustee, of the affairs of the End of the Road Trust (the "Trust").

My employment agreement with the Trust provides that the Trust will advance me funds to cover my expenses, including attorney's fees, incurred in connection with any action, including an investigative action, arising out of or relating to my performance of services for the Trust upon receipt of an undertaking by me to repay any amount advanced if it shall be ultimately determined in a court of competent jurisdiction that I am not entitled to be indemnified by the Trust under my employment agreement.

Please accept this letter as my undertaking to repay to the Trust any expenses paid by it on my behalf in advance of the final disposition of the above-described investigation, if it shall ultimately be determined by a court of competent jurisdiction that I am not entitled to be indemnified by the Trust under my employment agreement.

Sincerely,

Chriss W. Street

Chriss Street
25 Pinehurst
Newport Beach, California
92660

December 28, 2006

Mr. Daniel W. Harrow
American Trailer Industries, Inc.
c/o Libra Securities, LLC
Suite 870
11766 Wilshire Blvd.
Los Angeles, CA 90025

Re: American Trailer Industries, Inc.

Dear Mr. Harrow:

As you know, I am involved in a 2004 examination, initiated by you to inquire into my handling of, among other things, the affairs of American Trailer Industries, Inc. ( "ATII"), formerly known as Frudemex, Inc., and Fruehauf de Mexico, S.A. de C.V. ("FHM"). FHM has been a subsidiary of ATII at all relevant times.

My employment agreement with ATII provides that ATII will advance me funds to cover my expenses, including attorney's fees, incurred in connection with any proceeding, including an investigative proceeding, arising out of or relating to my performance of services for ATII or any of its subsidiaries upon receipt of an undertaking by me to repay any amount advanced if it shall be ultimately determined in a court of competent jurisdiction that I am not entitled to be indemnified by ATII under my employment agreement.

Please accept this letter as my undertaking to repay to ATII any expenses paid by it on my behalf in advance of the final disposition of the above-described investigation, if it shall ultimately be determined by a court of competent jurisdiction that I am not entitled to be indemnified by ATII under my employment agreement. I have enclosed copies of all billing details for your review.

Sincerely,

Chriss W. Street

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D. # 51-0200788

September 14, 2005

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #    961965
File # 24162-00001 - NBG

For Services Rendered Through  September 13, 2005

           Current Fees                   28,151.50

           Current Disbursements             184.76
                                         ------------
           Courtesy Discount              <6,151.50>

           Total Amount Due                           $  22,184.76
                                                      ============


                Trust Account Balance    $  7,500.00

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

September 14, 2005
Invoice #961965
Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 08-12-05 | | | | |
| | | NBG | 0.60 | 354.00 |
| 08-12-05 | | | | |
| | | NBG | 0.90 | 531.00 |
| 08-13-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 08-14-05 | | | | |
| | | NBG | 0.50 | 295.00 |
| 08-15-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-15-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 08-15-05 | | | | |
| | | NBG | 1.10 | 649.00 |
| 08-15-05 | | | | |
| | | NBG | 1.10 | 649.00 |
| 08-16-05 | | | | |
| | | NBG | 1.10 | 649.00 |
| 08-16-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 08-16-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

September 14, 2005
Invoice #961965
Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 08-16-05 | | NBG | 2.00 | 1,180.00 |
| 08-16-05 | | NBG | 1.80 | 1,062.00 |
| 08-16-05 | | NBG | 2.60 | 1,534.00 |
| 08-16-05 | | CDD | 1.80 | 855.00 |
| 08-16-05 | | CDD | 0.40 | 190.00 |
| 08-16-05 | | CDD | 0.80 | 380.00 |
| 08-16-05 | | CDD | 0.30 | 142.50 |
| 08-17-05 | | CDD | 0.30 | 142.50 |
| 08-17-05 | | CDD | 0.10 | 47.50 |
| 08-17-05 | | CDD | 0.30 | 142.50 |
| 08-17-05 | | CDD | 0.20 | 95.00 |
| | | CDD | 0.20 | 95.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    September 14, 2005
Re: Fruehauf                                           Invoice #961965
File # 24162-00001- NBG                                       Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 08-17-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 08-17-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 08-17-05 | | | | |
| | | CDD | 0.30 | 142.50 |
| 08-17-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-17-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 08-17-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-17-05 | | NBG | 0.10 | 59.00 |
| 08-17-05 | | NBG | 0.10 | 59.00 |
| 08-17-05 | | | | |
| | | NBG | 0.40 | 236.00 |
| 08-17-05 | | | | |
| | | NBG | 0.40 | 236.00 |
| 08-17-05 | | | | |
| | | NBG | 1.30 | 767.00 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

September 14, 2005
Invoice #961965
Page 5

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 08-17-05 | | | | |
| | | NBG | 1.50 | 885.00 |
| 08-18-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-18-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 08-18-05 | | CDD | 0.20 | 95.00 |
| 08-18-05 | | | | |
| | | CDD | 1.00 | 475.00 |
| 08-18-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 08-18-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 08-18-05 | | NBG | 0.30 | 177.00 |
| 08-18-05 | | | | |
| | | NBG | 0.90 | 531.00 |
| 08-19-05 | | | | |
| | | MMD | 0.10 | 18.50 |
| 08-19-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 08-19-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-19-05 | | NBG | 0.10 | 59.00 |
| 08-19-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 08-21-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 08-22-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                          September 14, 2005
Re: Fruehauf                                  Invoice #961965
File # 24162-00001- NBG                              Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | CDD | 0.10 | 47.50 |
| 08-22-05 |  |  |  |  |
|  |  | CDD | 0.10 | 47.50 |
| 08-22-05 |  |  |  |  |
|  |  | CDD | 0.10 | 47.50 |
| 08-22-05 |  |  |  |  |
|  |  | CDD | 0.20 | 95.00 |
| 08-22-05 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 08-22-05 |  |  |  |  |
|  |  | NBG | 0.70 | 413.00 |
| 08-22-05 |  |  |  |  |
|  |  | CLS | 0.20 | 37.00 |
| 08-23-05 |  | NBG | 0.10 | 59.00 |
| 08-23-05 |  |  |  |  |
|  |  | NBG | 1.60 | 944.00 |
| 08-23-05 |  |  |  |  |
|  |  | NBG | 0.80 | 472.00 |
| 08-24-05 |  |  |  |  |
|  |  | CDD | 0.40 | 190.00 |
| 08-24-05 |  |  |  |  |
|  |  | CDD | 0.20 | 95.00 |
| 08-24-05 |  |  |  |  |
|  |  | CDD | 0.40 | 190.00 |
| 08-24-05 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

September 14, 2005
Invoice #961965
Page 7

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 08-24-05 | | NBG | 2.80 | 1,652.00 |
| 08-24-05 | | NBG | 1.70 | 1,003.00 |
| 08-24-05 | | NBG | 0.20 | 118.00 |
| 08-24-05 | | EDJ | 0.20 | 95.00 |
| 08-24-05 | | CLS | 0.60 | 111.00 |
| 08-25-05 | | CLS | 0.20 | 37.00 |
| 08-25-05 | | CDD | 0.10 | 47.50 |
| 08-25-05 | | CDD | 0.10 | 47.50 |
| 08-25-05 | | CDD | 0.30 | 142.50 |
| 08-25-05 | | NBG | 0.50 | 295.00 |
| 08-25-05 | | NBG | 0.30 | 177.00 |
| 08-25-05 | | NBG | 0.20 | 118.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    September 14, 2005
Re: Fruehauf                                         Invoice #961965
File # 24162-00001- NBG                                       Page 8


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | EDJ | 0.10 | 47.50 |
| 08-26-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-26-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-26-05 | | | | |
| | | NBG | 0.40 | 236.00 |
| 08-26-05 | | EDJ | 0.40 | 190.00 |
| 08-29-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-29-05 | | CDD | 0.10 | 47.50 |
| 08-29-05 | | | | |
| | | CDD | 0.30 | 142.50 |
| 08-29-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 08-29-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 08-29-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 08-31-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 08-31-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 08-31-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 08-31-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 09-01-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                      September 14, 2005
Re: Fruehauf                                            Invoice #961965
File # 24162-00001- NBG                                       Page 9

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 09-01-05 | | NBG | 0.80 | 472.00 |
| 09-01-05 | | NBG | 0.30 | 177.00 |
| 09-01-05 | | CDD | 0.10 | 47.50 |
| 09-01-05 | | CDD | 0.10 | 47.50 |
| 09-01-05 | | CDD | 0.10 | 47.50 |
| 09-01-05 | | CDD | 0.20 | 95.00 |
| 09-01-05 | | CDD | 0.30 | 142.50 |
| 09-01-05 | | CDD | 0.10 | 47.50 |
| 09-01-05 | | CDD | 0.10 | 47.50 |
| 09-01-05 | | EDJ | 1.10 | 522.50 |
| 09-01-05 | | EDJ | 0.40 | 190.00 |
| 09-02-05 | | EDJ | 0.10 | 47.50 |
| 09-02-05 | | NBG | 0.30 | 177.00 |
| 09-02-05 | | NBG | 0.40 | 236.00 |
| 09-03-05 | | EDJ | 0.40 | 190.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    September 14, 2005
Re: Fruehauf                                           Invoice #961965
File # 24162-00001- NBG                                      Page 10


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|      |             | NBG  | 0.30  | 177.00 |
| 09-05-05 |         |      |       |        |
|      |             | CDD  | 0.10  | 47.50  |
| 09-06-05 |         | NBG  | 0.10  | 59.00  |
| 09-06-05 |         |      |       |        |
|      |             | NBG  | 0.30  | 177.00 |
| 09-06-05 |         |      |       |        |
|      |             | NBG  | 0.20  | 118.00 |
| 09-06-05 |         |      |       |        |
|      |             | NBG  | 0.10  | 59.00  |
| 09-06-05 |         |      |       |        |
|      |             | CDD  | 0.10  | 47.50  |
| 09-06-05 |         |      |       |        |
|      |             | CDD  | 0.10  | 47.50  |
| 09-06-05 |         |      |       |        |
|      |             | EDJ  | 0.10  | 47.50  |
| 09-06-05 |         | EDJ  | 0.10  | 47.50  |
| 09-06-05 |         | EDJ  | 0.10  | 47.50  |
| 09-06-05 |         | EDJ  | 0.30  | 142.50 |
| 09-06-05 |         | EDJ  | 0.20  | 95.00  |
| 09-06-05 |         |      |       |        |
|      |             | EDJ  | 0.20  | 95.00  |
| 09-06-05 |         |      |       |        |
|      |             | EDJ  | 0.10  | 47.50  |
| 09-07-05 |         |      |       |        |
|      |             | NBG  | 0.20  | 118.00 |
| 09-07-05 |         |      |       |        |

# THE BAYARD FIRM

Street, Chriss W.                              September 14, 2005
Re: Fruehauf                                   Invoice #961965
File # 24162-00001- NBG                              Page 11

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.70 | 413.00 |
| 09-07-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 09-07-05 | | | | |
| | | CDD | 0.60 | 285.00 |
| 09-07-05 | | EDJ | 0.10 | 47.50 |
| 09-07-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-07-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-08-05 | | | | |
| | | NBG | 0.50 | 295.00 |
| 09-08-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 09-08-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 09-08-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-08-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-09-05 | | EDJ | 0.10 | 47.50 |
| 09-10-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 09-10-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 09-11-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 09-13-05 | | NBG | 0.20 | 118.00 |

                                            - - - - - - - - - - -

                              Total Fees    28,151.50

# THE BAYARD FIRM

Street, Chriss W.                                          September 14, 2005
Re: Fruehauf                                                 Invoice #961965
File # 24162-00001- NBG                                            Page 12

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|---|---|---|---|---|
| Neil B Glassman | Director | 590.00 | 33.20 | 19,588.00 |
| Edmond D Johnson | Director | 475.00 | 5.00 | 2,375.00 |
| Charlene D Davis | Director | 475.00 | 12.60 | 5,985.00 |
| C Liana Shaw | Paralegal | 185.00 | 1.00 | 185.00 |
| Michelle M Dero | Paralegal | 185.00 | 0.10 | 18.50 |

Total Fees    28,151.50

# THE BAYARD FIRM

Street, Chriss W.                                      September 14, 2005
Re: Fruehauf                                            Invoice #961965
File # 24162-00001- NBG                                      Page 13


Date        Disbursement Description                              Amount

            Copies                                                 27.95
            Phone                                                   3.20
            Electronic Imaging                                      1.80
            Support Staff Overtime                                151.81
                                                              ------------
                        Total Disbursements          $       184.76

# THE BAYARD FIRM

Street, Chriss W.                                    September 14, 2005
Re: Fruehauf                                          Invoice #961965
File # 24162-00001- NBG                                    Page 14

### STATEMENT SUMMARY

| | |
|---|---|
| Current Fees | 28,151.50 |
| Current Disbursements | 184.76 |
| | -------- |
| Courtesy Discount | <6,151.50> |
| | |
| Total Amount Due | $ 22,184.76 |
| | ========== |


Trust Account Balance      $  7,500.00

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

October 27, 2005

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #    962648
File # 24162-00001 - NBG

For Services Rendered Through  October 20, 2005

     Previous Balance Forward                        $      184.76

     Current Fees                        15,556.00

     Current Disbursements                  280.41
                   ------------
     Courtesy Discount                  <3,500.00>

     Total Amount Due                            $   12,521.17
                                           =========

          Trust Account Balance      $   7,500.00

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

October 27, 2005
Invoice #962648
Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 09-14-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 09-14-05 | | | | |
| | | CDD | 0.20 | 95.00 |
| 09-14-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-14-05 | | EDJ | 0.10 | 47.50 |
| 09-15-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 09-15-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 09-15-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 09-15-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-15-05 | | EDJ | 0.20 | 95.00 |
| 09-15-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 09-15-05 | | EDJ | 0.10 | 47.50 |
| 09-15-05 | | | | |
| | | CDD | 0.10 | 47.50 |
| 09-16-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 09-16-05 | | NBG | 0.10 | 59.00 |
| 09-16-05 | | EDJ | 0.10 | 47.50 |
| 09-16-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-16-05 | | EDJ | 0.10 | 47.50 |
| 09-16-05 | | EDJ | 0.10 | 47.50 |
| 09-20-05 | | EDJ | 0.10 | 47.50 |
| 09-20-05 | | | | |
| | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.                              October 27, 2005
Re: Fruehauf                                  Invoice #962648
File # 24162-00001- NBG                            Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 09-26-05 | | | | |
| | | NBG | 0.70 | 413.00 |
| 09-26-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-27-05 | | | | |
| | | NBG | 0.80 | 472.00 |
| 09-27-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-28-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 09-28-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 09-28-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-28-05 | | EDJ | 0.20 | 95.00 |
| 09-28-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-28-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 09-30-05 | | | | |
| | | NBG | 1.30 | 767.00 |
| 09-30-05 | | | | |
| | | PAP | 1.00 | 185.00 |
| 09-30-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    October 27, 2005
Re: Fruehauf                                        Invoice #962648
File # 24162-00001- NBG                                      Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | EDJ | 0.20 | 95.00 |
| 09-30-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 09-30-05 |  | EDJ | 0.30 | 142.50 |
| 09-30-05 |  | EDJ | 0.20 | 95.00 |
| 09-30-05 |  | EDJ | 0.10 | 47.50 |
| 10-01-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 10-07-05 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 10-07-05 |  | NBG | 0.20 | 118.00 |
| 10-10-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 10-10-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 10-10-05 |  | EDJ | 0.10 | 47.50 |
| 10-11-05 |  |  |  |  |
|  |  | NBG | 0.50 | 295.00 |
| 10-11-05 |  | ABS | 0.90 | 315.00 |
| 10-11-05 |  |  |  |  |
|  |  | ABS | 0.30 | 105.00 |
| 10-11-05 |  | NBG | 0.10 | 59.00 |
| 10-11-05 |  | EDJ | 0.10 | 47.50 |
| 10-11-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 10-12-05 |  | ABS | 0.70 | 245.00 |
| 10-12-05 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.                                    October 27, 2005
Re: Fruehauf                                        Invoice #962648
File # 24162-00001- NBG                                       Page 5


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | ABS | 3.60 | 1,260.00 |
| 10-12-05 | | | | |
| | | CLS | 0.20 | 37.00 |
| 10-12-05 | | EDJ | 0.50 | 237.50 |
| 10-13-05 | | | | |
| | | ABS | 4.80 | 1,680.00 |
| 10-13-05 | | | | |
| | | ABS | 1.50 | 525.00 |
| 10-13-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 10-13-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-13-05 | | NBG | 0.20 | 118.00 |
| 10-13-05 | | | | |
| | | CLS | 0.20 | 37.00 |
| 10-13-05 | | | | |
| | | CLS | 0.20 | 37.00 |
| 10-13-05 | | EDJ | 0.10 | 47.50 |
| 10-13-05 | | EDJ | 0.20 | 95.00 |
| 10-14-05 | | | | |
| | | ABS | 2.40 | 840.00 |
| 10-14-05 | | | | |
| | | ABS | 0.40 | 140.00 |
| 10-14-05 | | | | |
| | | ABS | 2.10 | 735.00 |
| 10-14-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-15-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    October 27, 2005
Re: Fruehauf                                       Invoice #962648
File # 24162-00001- NBG                                    Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|      |             | NBG | 0.30 | 177.00 |
| 10-16-05 |         |      |       |        |
|      |             | NBG | 0.60 | 354.00 |
| 10-16-05 |         |      |       |        |
|      |             | NBG | 0.10 | 59.00 |
| 10-17-05 |         | NBG | 0.10 | 59.00 |
| 10-17-05 |         |      |       |        |
|      |             | ABS | 0.20 | 70.00 |
| 10-17-05 |         |      |       |        |
|      |             | ABS | 0.10 | 35.00 |
| 10-17-05 |         |      |       |        |
|      |             | ABS | 0.40 | 140.00 |
| 10-17-05 |         |      |       |        |
|      |             | ABS | 2.40 | 840.00 |
| 10-17-05 |         |      |       |        |
|      |             | ABS | 0.70 | 245.00 |
| 10-17-05 |         |      |       |        |
|      |             | CLS | 0.10 | 18.50 |
| 10-17-05 |         |      |       |        |
|      |             | NBG | 0.40 | 236.00 |
| 10-18-05 |         |      |       |        |
|      |             | PAP | 0.50 | 92.50 |
| 10-18-05 |         |      |       |        |
|      |             | ABS | 0.10 | 35.00 |
| 10-18-05 |         |      |       |        |
|      |             | ABS | 0.20 | 70.00 |
| 10-18-05 |         |      |       |        |

# THE BAYARD FIRM

Street, Chriss W.                                      October 27, 2005
Re: Fruehauf                                           Invoice #962648
File # 24162-00001- NBG                                     Page 7

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 10-18-05 | | ABS | 0.30 | 105.00 |
| 10-18-05 | | ABS | 0.10 | 35.00 |
| 10-18-05 | | ABS | 0.10 | 35.00 |
| 10-18-05 | | ABS | 0.30 | 105.00 |
| 10-18-05 | | ABS | 0.50 | 175.00 |
| 10-18-05 | | NBG | 0.40 | 236.00 |
| 10-18-05 | | NBG | 0.10 | 59.00 |
| 10-18-05 | | CLS | 0.10 | 18.50 |
| 10-19-05 | | CLS | 0.60 | 111.00 |
| 10-19-05 | | ABS | 0.30 | 105.00 |
| 10-19-05 | | ABS | 0.20 | 70.00 |
| 10-19-05 | | JL | 0.10 | 10.00 |
| 10-20-05 | | CLS | 0.30 | 55.50 |
| | | ABS | 0.20 | 70.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    October 27, 2005
Re: Fruehauf                                         Invoice #962648
File # 24162-00001- NBG                                      Page 8

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 10-20-05 | | CLS | 0.30 | 55.50 |
| 10-20-05 | | CLS | 0.80 | 148.00 |
| 10-20-05 | | CLS | 0.10 | 18.50 |
| | | | | ---------- |
| | | Total Fees | | 15,556.00 |

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|----------------------|--|------|-------|--------|
| Neil B Glassman | Director | 590.00 | 7.30 | 4,307.00 |
| Edmond D Johnson | Director | 475.00 | 4.70 | 2,232.50 |
| Charlene D Davis | Director | 475.00 | 0.30 | 142.50 |
| Ashley B Stitzer | Associate | 350.00 | 23.00 | 8,050.00 |
| C Liana Shaw | Paralegal | 185.00 | 2.90 | 536.50 |
| Pamela A Piunti | Paralegal | 185.00 | 1.50 | 277.50 |
| Jacqueline Lately | Case Management A | 100.00 | 0.10 | 10.00 |
| | | Total Fees | | 15,556.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    October 27, 2005
Re: Fruehauf                                       Invoice #962648
File # 24162-00001- NBG                                    Page 9


Date          Disbursement Description                          Amount

              Copies                                             57.00
              MetroColor Services                                81.20
              Pacer Document Downloads                            2.40
              Print Images                                       16.00
              Electronic Imaging                                  0.30
              Support Staff Overtime                            123.51
                                                            ------------
                          Total Disbursements          $       280.41

# THE BAYARD FIRM

Street, Chriss W.                                      October 27, 2005
Re: Fruehauf                                          Invoice #962648
File # 24162-00001- NBG                                       Page 10

### STATEMENT SUMMARY

Previous Balance Forward                        $            184.76

Current Fees                          15,556.00
Current Disbursements                    280.41
                                      --------
Courtesy Discount                    <3,500.00>

Total Amount Due                                $         12,521.17
                                                          ==========


        Trust Account Balance       $   7,500.00

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

January 31, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                        Invoice #     964810
File # 24162-00001 - NBG

For Services Rendered Through  January 30, 2006

    Current Fees                              72,449.50

    Current Disbursements                       1,495.14
                                      - - - - - - - - - - - -
    Courtesy Discount                        <5,000.00>
    Advanced Deposit Applied                <11,000.00>

    Total Amount Due                       $   57,944.64
                                                 =========

# THE BAYARD FIRM

Street, Chriss W.                          January 31, 2006
Re: Fruehauf                               Invoice #964810
File # 24162-00001- NBG                           Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 10-14-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 10-14-05 | | EDJ | 0.10 | 47.50 |
| 10-14-05 | | | | |
| | | CLS | 0.10 | 18.50 |
| 10-14-05 | | | | |
| | | CLS | 0.60 | 111.00 |
| 10-17-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-17-05 | | EDJ | 0.50 | 237.50 |
| 10-17-05 | | EDJ | 0.40 | 190.00 |
| 10-17-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-17-05 | | EDJ | 0.70 | 332.50 |
| 10-18-05 | | | | |
| | | MEA | 1.40 | 329.00 |
| 10-18-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 10-18-05 | | EDJ | 0.10 | 47.50 |
| 10-18-05 | | EDJ | 0.10 | 47.50 |
| 10-19-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 10-19-05 | | EDJ | 0.20 | 95.00 |
| 10-20-05 | | EDJ | 0.20 | 95.00 |
| 10-24-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                        Invoice #964810
File # 24162-00001- NBG                                      Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.20 | 118.00 |
| 10-24-05 | | EDJ | 0.10 | 47.50 |
| 10-24-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-25-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-25-05 | | EDJ | 0.20 | 95.00 |
| 10-25-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-25-05 | | EDJ | 0.10 | 47.50 |
| 10-25-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-26-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 10-26-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 10-27-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 10-27-05 | | | | |
| | | ABS | 0.50 | 175.00 |
| 10-27-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-27-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-27-05 | | EDJ | 0.20 | 95.00 |
| 10-27-05 | | EDJ | 0.20 | 95.00 |
| 10-27-05 | | EDJ | 0.20 | 95.00 |
| 10-27-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 10-27-05 | | EDJ | 0.30 | 142.50 |
| 10-28-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                         Invoice #964810
File # 24162-00001- NBG                                      Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | ABS | 3.70 | 1,295.00 |
| 10-28-05 | | | | |
| | | ABS | 1.40 | 490.00 |
| 10-28-05 | | | | |
| | | ABS | 0.60 | 210.00 |
| 10-28-05 | | | | |
| | | CLS | 0.40 | 74.00 |
| 10-28-05 | | EDJ | 0.10 | 47.50 |
| 10-28-05 | | EDJ | 0.20 | 95.00 |
| 10-28-05 | | EDJ | 0.50 | 237.50 |
| 10-28-05 | | EDJ | 0.30 | 142.50 |
| 10-28-05 | | EDJ | 0.20 | 95.00 |
| 10-29-05 | | EDJ | 0.20 | 95.00 |
| 10-29-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 10-31-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 10-31-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 10-31-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 10-31-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 10-31-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 10-31-05 | | | | |
| | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chrisa W.                               January 31, 2006
Re: Fruehauf                                    Invoice #964810
File # 24162-00001- NBG                              Page 5

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 10-31-05 | | EDJ | 0.20 | 95.00 |
| 10-31-05 | | EDJ | 0.10 | 47.50 |
| 11-01-05 | | NBG | 0.20 | 118.00 |
| 11-01-05 | | NBG | 0.20 | 118.00 |
| 11-01-05 | | NBG | 0.20 | 118.00 |
| 11-01-05 | | ABS | 0.10 | 35.00 |
| 11-01-05 | | ABS | 0.30 | 105.00 |
| 11-01-05 | | ABS | 0.10 | 35.00 |
| 11-01-05 | | ABS | 3.00 | 1,050.00 |
| 11-01-05 | | ABS | 0.20 | 70.00 |
| 11-01-05 | | ABS | 0.10 | 35.00 |
| 11-01-05 | | JL | 0.10 | 10.00 |
| 11-01-05 | | EDJ | 0.10 | 47.50 |
| 11-01-05 | | EDJ | 0.10 | 47.50 |
| 11-01-05 | | EDJ | 0.10 | 47.50 |
| 11-01-05 | | EDJ | 0.10 | 47.50 |
| 11-01-05 | | EDJ | 0.20 | 95.00 |
| 11-01-05 | | EDJ | 0.20 | 95.00 |
| 11-01-05 | | EDJ | 0.90 | 427.50 |
| 11-01-05 | | EDJ | 0.50 | 237.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 11-01-05 | | EDJ | 0.40 | 190.00 |
| 11-01-05 | | | | |
| | | EDJ | 0.50 | 237.50 |
| 11-01-05 | | EDJ | 0.20 | 95.00 |
| 11-01-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 11-02-05 | | | | |
| | | CPB | 0.80 | 320.00 |
| 11-02-05 | | ABS | 0.10 | 35.00 |
| 11-02-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-02-05 | | BDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-02-05 | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.30 | 142.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.30 | 142.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.90 | 427.50 |
| 11-02-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | EDJ | 0.10 | 47.50 |
| 11-02-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 11-03-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                          January 31, 2006
Re: Fruehauf                              Invoice #964810
File # 24162-00001- NBG                        Page 7

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | ABS | 0.20 | 70.00 |
| 11-03-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 11-03-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-03-05 | | | | |
| | | JL | 0.10 | 10.00 |
| 11-03-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-03-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-03-05 | | EDJ | 0.30 | 142.50 |
| 11-03-05 | | | | |
| | | EDJ | 0.50 | 237.50 |
| 11-03-05 | | EDJ | 0.20 | 95.00 |
| 11-03-05 | | EDJ | 0.50 | 237.50 |
| 11-03-05 | | | | |
| | | EDJ | 0.60 | 285.00 |
| 11-03-05 | | EDJ | 0.60 | 285.00 |
| 11-04-05 | | ABS | 1.00 | 350.00 |
| 11-04-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 11-04-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-04-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-04-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 11-04-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 11-04-05 | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.                                January 31, 2006
Re: Fruehauf                                     Invoice #964810
File # 24162-00001- NBG                                    Page 8

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 11-04-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-04-05 | | EDJ | 0.10 | 47.50 |
| 11-04-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-04-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-04-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-07-05 | | | | |
| | | ABS | 1.70 | 595.00 |
| 11-07-05 | | | | |
| | | ABS | 0.30 | 105.00 |
| 11-07-05 | | | | |
| | | ABS | 2.30 | 805.00 |
| 11-07-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-07-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 11-07-05 | | EDJ | 0.30 | 142.50 |
| 11-07-05 | | EDJ | 0.20 | 95.00 |
| 11-07-05 | | EDJ | 0.50 | 237.50 |
| 11-07-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-08-05 | | | | |
| | | ABS | 1.00 | 350.00 |
| 11-08-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-08-05 | | | | |
| | | ABS | 1.10 | 385.00 |
| 11-08-05 | | | | |
| | | KMD | 0.10 | 20.50 |

# THE BAYARD FIRM

Street, Chriss W.                              January 31, 2006
Re: Pruehauf                                   Invoice #964810
File # 24162-00001- NBG                               Page 9

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 11-08-05 | | | | |
| | | KMD | 0.10 | 20.50 |
| 11-08-05 | | | | |
| | | JL | 0.10 | 10.00 |
| 11-08-05 | | EDJ | 0.40 | 190.00 |
| 11-08-05 | | EDJ | 0.30 | 142.50 |
| 11-09-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-09-05 | | | | |
| | | KMD | 3.80 | 779.00 |
| 11-09-05 | | EDJ | 0.10 | 47.50 |
| 11-10-05 | | | | |
| | | ABS | 2.80 | 980.00 |
| 11-10-05 | | | | |
| | | ABS | 0.70 | 245.00 |
| 11-10-05 | | | | |
| | | KMD | 0.10 | 20.50 |
| 11-14-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 11-14-05 | | EDJ | 0.10 | 47.50 |
| 11-15-05 | | | | |
| | | JL | 0.20 | 20.00 |
| 11-16-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 11-16-05 | | EDJ | 0.10 | 47.50 |
| 11-16-05 | | EDJ | 0.20 | 95.00 |
| 11-16-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-17-05 | | | | |
| | | JL | 0.10 | 10.00 |
| 11-21-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                         Invoice #964810
File # 24162-00001- NBG                                     Page 10

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | ABS | 0.30 | 105.00 |
| 11-21-05 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 11-21-05 |  | EDJ | 0.10 | 47.50 |
| 11-21-05 |  | EDJ | 0.10 | 47.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.30 | 142.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.30 | 142.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 11-21-05 |  |  |  |  |
|  |  | EDJ | 0.50 | 237.50 |
| 11-21-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 11-21-05 |  |  |  |  |
|  |  | NBG | 0.30 | 177.00 |
| 11-21-05 |  |  |  |  |
|  |  | NBG | 0.90 | 531.00 |
| 11-22-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 11-23-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 11-23-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 11-23-05 |  | EDJ | 0.50 | 237.50 |
| 11-23-05 |  | EDJ | 0.20 | 95.00 |
| 11-23-05 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 11-24-05 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 11

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.10 | 59.00 |
| 11-28-05 | | EDJ | 0.20 | 95.00 |
| 11-28-05 | | EDJ | 0.20 | 95.00 |
| 11-28-05 | | EDJ | 0.10 | 47.50 |
| 11-28-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 11-29-05 | | EDJ | 0.10 | 47.50 |
| 11-29-05 | | EDJ | 0.30 | 142.50 |
| 11-29-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-29-05 | | EDJ | 0.10 | 47.50 |
| 11-29-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-29-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-29-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-29-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 11-30-05 | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | EDJ | 0.20 | 95.00 |
| 11-30-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 12

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | EDJ | 0.10 | 47.50 |
| 11-30-05 | | NBG | 0.20 | 118.00 |
| 12-01-05 | | ABS | 0.10 | 35.00 |
| 12-01-05 | | ABS | 0.10 | 35.00 |
| 12-01-05 | | ABS | 0.20 | 70.00 |
| 12-01-05 | | ABS | 0.20 | 70.00 |
| 12-01-05 | | ABS | 0.10 | 35.00 |
| 12-01-05 | | ABS | 0.30 | 105.00 |
| 12-01-05 | | EDJ | 0.30 | 142.50 |
| 12-01-05 | | EDJ | 0.10 | 47.50 |
| 12-01-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 12-02-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 12-02-05 | | ABS | 0.10 | 35.00 |
| 12-02-05 | | ABS | 0.10 | 35.00 |
| 12-02-05 | | ABS | 0.10 | 35.00 |
| 12-02-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                       Invoice #964810
File # 24162-00001- NBG                                  Page 13

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | ABS | 0.10 | 35.00 |
| 12-02-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-02-05 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 12-02-05 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 12-02-05 |  | EDJ | 0.10 | 47.50 |
| 12-02-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 12-04-05 |  | EDJ | 0.10 | 47.50 |
| 12-05-05 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 12-05-05 |  | EDJ | 0.10 | 47.50 |
| 12-05-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 12-05-05 |  |  |  |  |
|  |  | JL | 0.30 | 30.00 |
| 12-05-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 12-06-05 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 12-06-05 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 12-06-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-06-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-06-05 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |

# THE BAYARD FIRM

Street, Chrise W.                                      January 31, 2006
Re: Fruehauf                                           Invoice #964810
File # 24162-00001- NBG                                     Page 14

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 12-06-05 | | | | |
| | | NBG | 0.90 | 531.00 |
| 12-06-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 12-06-05 | | EDJ | 0.10 | 47.50 |
| 12-06-05 | | EDJ | 0.20 | 95.00 |
| 12-06-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-07-05 | | EDJ | 0.10 | 47.50 |
| 12-08-05 | | NBG | 0.10 | 59.00 |
| 12-08-05 | | EDJ | 0.10 | 47.50 |
| 12-08-05 | | EDJ | 0.40 | 190.00 |
| 12-08-05 | | | | |
| | | JL | 0.20 | 20.00 |
| 12-09-05 | | EDJ | 0.10 | 47.50 |
| 12-09-05 | | | | |
| | | EDJ | 1.50 | 712.50 |
| 12-09-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-09-05 | | NBG | 0.20 | 118.00 |
| 12-09-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 12-10-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-11-05 | | EDJ | 0.50 | 237.50 |
| 12-12-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 12-12-05 | | | | |
| | | ABS | 1.40 | 490.00 |
| 12-12-05 | | ABS | 0.10 | 35.00 |
| 12-12-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                         Invoice #964810
File # 24162-00001- NBG                                     Page 15


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.10 | 59.00 |
| 12-12-05 | | EDJ | 0.40 | 190.00 |
| 12-12-05 | | EDJ | 0.10 | 47.50 |
| 12-12-05 | | EDJ | 0.10 | 47.50 |
| 12-12-05 | | EDJ | 0.20 | 95.00 |
| 12-13-05 | | | | |
| | | NBG | 0.10 | 59.00 |
| 12-13-05 | | EDJ | 0.20 | 95.00 |
| 12-14-05 | | NBG | 0.10 | 59.00 |
| 12-14-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-14-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-14-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-14-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-15-05 | | | | |
| | | ABS | 0.10 | 35.00 |
| 12-15-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-15-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-15-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-15-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 12-15-05 | | | | |
| | | JL | 0.10 | 10.00 |
| 12-16-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 12-16-05 | | | | |
| | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.                                     January 31, 2006
Re: Fruehauf                                        Invoice #964810
File # 24162-00001- NBG                                   Page 16

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 12-16-05 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 12-16-05 | | EDJ | 0.20 | 95.00 |
| 12-16-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-16-05 | | EDJ | 0.20 | 95.00 |
| 12-16-05 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 12-16-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-16-05 | | NBG | 0.10 | 59.00 |
| 12-17-05 | | | | |
| | | EDJ | 1.70 | 807.50 |
| 12-17-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-17-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 12-18-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-18-05 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 12-18-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 12-19-05 | | | | |
| | | ABS | 0.20 | 70.00 |
| 12-19-05 | | | | |
| | | NBG | 0.30 | 177.00 |
| 12-19-05 | | | | |
| | | NBG | 0.20 | 118.00 |
| 12-19-05 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                        Invoice #964810
File # 24162-00001- NBG                                    Page 17

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | EDJ | 0.20 | 95.00 |
| 12-19-05 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 12-19-05 |  | EDJ | 0.20 | 95.00 |
| 12-19-05 |  | EDJ | 0.20 | 95.00 |
| 12-19-05 |  | EDJ | 0.50 | 237.50 |
| 12-19-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 12-20-05 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 12-20-05 |  | ABS | 0.10 | 35.00 |
| 12-20-05 |  |  |  |  |
|  |  | ABS | 0.20 | 70.00 |
| 12-20-05 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 12-20-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-20-05 |  |  |  |  |
|  |  | NBG | 0.30 | 177.00 |
| 12-20-05 |  |  |  |  |
|  |  | EDJ | 0.40 | 190.00 |
| 12-20-05 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 12-20-05 |  | EDJ | 0.10 | 47.50 |
| 12-20-05 |  | EDJ | 0.10 | 47.50 |
| 12-20-05 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 12-22-05 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                        Invoice #964810
File # 24162-00001- NBG                                     Page 18

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | ABS | 0.10 | 35.00 |
| 12-23-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-26-05 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 12-29-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 12-30-05 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 01-03-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 01-03-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 01-03-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 01-03-06 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 01-03-06 |  | EDJ | 0.10 | 47.50 |
| 01-04-06 |  | EDJ | 0.10 | 47.50 |
| 01-05-06 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 01-05-06 |  |  |  |  |
|  |  | ABS | 0.20 | 70.00 |
| 01-05-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 01-05-06 |  | EDJ | 0.20 | 95.00 |
| 01-05-06 |  | EDJ | 0.10 | 47.50 |
| 01-05-06 |  | EDJ | 0.10 | 47.50 |
| 01-05-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 01-06-06 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                          Invoice #964810
File # 24162-00001- NBG                                      Page 19

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 01-06-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-06-06 | | EDJ | 1.10 | 522.50 |
| 01-09-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-09-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 01-09-06 | | EDJ | 0.10 | 47.50 |
| 01-09-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-09-06 | | EDJ | 0.10 | 47.50 |
| 01-09-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 01-11-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-11-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-11-06 | | | | |
| | | ABS | 0.40 | 140.00 |
| 01-11-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-11-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-11-06 | | | | |
| | | EDJ | 1.80 | 855.00 |
| 01-11-06 | | EDJ | 0.20 | 95.00 |
| 01-11-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 01-11-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 01-12-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 20

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.10 | 59.00 |
| 01-12-06 | | | | |
| | | EDJ | 0.50 | 237.50 |
| 01-13-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 01-13-06 | | EDJ | 1.60 | 760.00 |
| 01-13-06 | | EDJ | 0.60 | 285.00 |
| 01-13-06 | | EDJ | 1.80 | 855.00 |
| 01-13-06 | | EDJ | 0.10 | 47.50 |
| 01-13-06 | | EDJ | 0.10 | 47.50 |
| 01-13-06 | | EDJ | 0.60 | 285.00 |
| 01-14-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-14-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-15-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-15-06 | | EDJ | 0.40 | 190.00 |
| 01-15-06 | | EDJ | 0.30 | 142.50 |
| 01-15-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-16-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-16-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-16-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-16-06 | | | | |
| | | EDJ | 9.00 | 4,275.00 |
| 01-16-06 | | EDJ | 3.00 | 1,425.00 |
| 01-16-06 | | EDJ | 0.80 | 380.00 |
| 01-17-06 | | EDJ | 10.00 | 4,750.00 |
| 01-18-06 | | EDJ | 11.00 | 5,225.00 |
| 01-19-06 | | EDJ | 12.00 | 5,700.00 |
| 01-20-06 | | | | |
| | | ABS | 0.10 | 35.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                        Invoice #964810
File # 24162-00001- NBG                                    Page 21

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 01-20-06 | | | | |
| | | EDJ | 9.00 | 4,275.00 |
| 01-20-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-21-06 | | EDJ | 0.40 | 190.00 |
| 01-23-06 | | | | |
| | | NBG | 0.40 | 236.00 |
| 01-23-06 | | | | |
| | | EDJ | 0.50 | 237.50 |
| 01-23-06 | | EDJ | 0.40 | 190.00 |
| 01-23-06 | | EDJ | 0.50 | 237.50 |
| 01-24-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-24-06 | | | | |
| | | NBG | 0.40 | 236.00 |
| 01-24-06 | | EDJ | 2.10 | 997.50 |
| 01-24-06 | | EDJ | 0.20 | 95.00 |
| 01-24-06 | | EDJ | 0.40 | 190.00 |
| 01-24-06 | | EDJ | 0.10 | 47.50 |
| 01-25-06 | | EDJ | 0.10 | 47.50 |
| 01-25-06 | | EDJ | 0.10 | 47.50 |
| 01-26-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-26-06 | | | | |
| | | NBG | 0.40 | 236.00 |
| 01-26-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-26-06 | | EDJ | 0.10 | 47.50 |
| 01-26-06 | | | | |
| | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                         Invoice #964810
File # 24162-00001- NBG                                    Page 22

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 01-26-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-26-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-26-06 | | EDJ | 0.20 | 95.00 |
| 01-26-06 | | | | |
| | | EDJ | 0.40 | 190.00 |
| 01-26-06 | | EDJ | 0.20 | 95.00 |
| 01-26-06 | | EDJ | 0.10 | 47.50 |
| 01-27-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 01-27-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 01-27-06 | | EDJ | 0.80 | 380.00 |
| 01-27-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-27-06 | | EDJ | 0.20 | 95.00 |
| 01-30-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 01-30-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 01-30-06 | | EDJ | 0.10 | 47.50 |
| 01-30-06 | | | | |
| | | EDJ | 0.10 | 47.50 |

                                          ----------

                              Total Fees    72,449.50


                      7                  Hours        Amount

Neil B Glas                             12.10       7,139.00

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 23

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|---|---|---|---|---|
| Edmond D Johnson | Director | 475.00 | 111.90 | 53,152.50 |
| Curtis P Bounds | Director | 400.00 | 0.80 | 320.00 |
| Ashley B Stitzer | Associate | 350.00 | 29.30 | 10,255.00 |
| Mary E Augustine | Associate | 235.00 | 1.40 | 329.00 |
| Kelly M Dawson | Associate | 205.00 | 4.10 | 840.50 |
| C Liana Shaw | Paralegal | 185.00 | 1.10 | 203.50 |
| Jacqueline Lately | Case Management A | 100.00 | 2.10 | 210.00 |
| | | | Total Fees | 72,449.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

January 31, 2006
Invoice #964810
Page 24

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 01-30-06 | Travel Costs; Travel to CA for depositions; | |
| | Edmond D. Johnson | 1,183.61 |
| | Copies | 88.00 |
| | Delivery Charges | 50.00 |
| | Federal Express | 77.03 |
| | Phone | 11.80 |
| | Print Images | 84.70 |
| | | ------------ |
| | Total Disbursements | $  1,495.14 |

# THE BAYARD FIRM

Street, Chriss W.                                    January 31, 2006
Re: Fruehauf                                         Invoice #964810
File # 24162-00001- NBG                              Page 25

## STATEMENT SUMMARY

| | |
|---|---|
| Current Fees | 72,449.50 |
| Current Disbursements | 1,495.14 |
| | -------- |
| Courtesy Discount | <5,000.00> |
| Advanced Deposit Applied | <11,000.00> |
| | |
| Total Amount Due | $  57,944.64 |

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D # 51-0200788

April 18, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #     966472
File # 24162-00001 - NBG

For Services Rendered Through  March 31, 2006

| | | |
|---|---|---|
| Current Fees | 30,088.00 | |
| Current Disbursements | 6,967.42 | |
| | ------------ | |
| Courtesy Discount | <3,008.80> | |
| Total Amount Due | | $  34,046.62 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 02-02-06 | | EDJ | 0.10 | 47.50 |
| 02-02-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-02-06 | | EDJ | 0.50 | 237.50 |
| 02-02-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-02-06 | | EDJ | 0.10 | 47.50 |
| 02-02-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 02-03-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-03-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-03-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 02-03-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 02-03-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 02-03-06 | | EDJ | 0.10 | 47.50 |
| 02-03-06 | | | | |
| | | EDJ | 0.60 | 285.00 |
| 02-03-06 | | | | |
| | | EDJ | 0.80 | 380.00 |
| 02-05-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-05-06 | | EDJ | 0.10 | 47.50 |
| 02-06-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 02-06-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 02-06-06 | | | | |
| | | EDJ | 1.10 | 522.50 |
| 02-06-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | EDJ | 1.30 | 617.50 |
| 02-07-06 |  | NBG | 0.10 | 59.00 |
| 02-07-06 |  | EDJ | 0.70 | 332.50 |
| 02-07-06 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 02-07-06 |  | EDJ | 0.10 | 47.50 |
| 02-07-06 |  | EDJ | 2.80 | 1,330.00 |
| 02-07-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-08-06 |  |  |  |  |
|  |  | ABS | 0.10 | 35.00 |
| 02-08-06 |  |  |  |  |
|  |  | EDJ | 0.80 | 380.00 |
| 02-08-06 |  | EDJ | 2.70 | 1,282.50 |
| 02-08-06 |  | EDJ | 0.50 | 237.50 |
| 02-08-06 |  |  |  |  |
|  |  | EDJ | 0.60 | 285.00 |
| 02-09-06 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 02-09-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 02-09-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-09-06 |  | EDJ | 0.10 | 47.50 |
| 02-09-06 |  | EDJ | 0.30 | 142.50 |
| 02-09-06 |  | EDJ | 0.10 | 47.50 |
| 02-09-06 |  | EDJ | 0.10 | 47.50 |
| 02-09-06 |  | EDJ | 0.30 | 142.50 |
| 02-09-06 |  | EDJ | 0.50 | 237.50 |
| 02-09-06 |  |  |  |  |
|  |  | EDJ | 1.00 | 475.00 |
| 02-10-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-10-06 |  | EDJ | 0.10 | 47.50 |
| 02-10-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.                                    April 18, 2006
Re: Fruehauf                                      Invoice #966472
File # 24162-00001- NBG                                  Page 4


| Date     | Description | Atty | Hours | Amount |
|----------|-------------|------|-------|--------|
| 02-10-06 |             |      |       |        |
|          |             | EDJ  | 0.10  | 47.50  |
| 02-10-06 |             | EDJ  | 0.20  | 95.00  |
| 02-10-06 |             |      |       |        |
|          |             | EDJ  | 0.40  | 190.00 |
| 02-13-06 |             |      |       |        |
|          |             | NBG  | 0.10  | 59.00  |
| 02-14-06 |             |      |       |        |
|          |             | NBG  | 0.10  | 59.00  |
| 02-14-06 |             | EDJ  | 0.10  | 47.50  |
| 02-14-06 |             | EDJ  | 0.10  | 47.50  |
| 02-14-06 |             | EDJ  | 0.90  | 427.50 |
| 02-14-06 |             |      |       |        |
|          |             | EDJ  | 0.80  | 380.00 |
| 02-15-06 |             |      |       |        |
|          |             | EDJ  | 0.80  | 380.00 |
| 02-16-06 |             |      |       |        |
|          |             | EDJ  | 0.10  | 47.50  |
| 02-16-06 |             | EDJ  | 0.10  | 47.50  |
| 02-16-06 |             | EDJ  | 1.50  | 712.50 |
| 02-16-06 |             |      |       |        |
|          |             | EDJ  | 1.20  | 570.00 |
| 02-20-06 |             | EDJ  | 0.10  | 47.50  |
| 02-22-06 |             |      |       |        |
|          |             | NBG  | 0.10  | 59.00  |
| 02-22-06 |             | EDJ  | 1.60  | 760.00 |
| 02-22-06 |             |      |       |        |
|          |             | EDJ  | 0.10  | 47.50  |
| 02-22-06 |             |      |       |        |

# THE BAYARD FIRM

Street, Chriss W.                                         April 18, 2006
Re: Fruehauf                                            Invoice #966472
File # 24162-00001- NBG                                        Page 5

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | EDJ | 0.30 | 142.50 |
| 02-22-06 |  |  |  |  |
|  |  | EDJ | 1.20 | 570.00 |
| 02-23-06 |  |  |  |  |
|  |  | KVJ | 0.50 | 102.50 |
| 02-23-06 |  |  |  |  |
|  |  | KVJ | 3.20 | 656.00 |
| 02-23-06 |  | EDJ | 1.00 | 475.00 |
| 02-23-06 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 02-23-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-24-06 |  | EDJ | 0.10 | 47.50 |
| 02-24-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-27-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 02-27-06 |  | EDJ | 0.20 | 95.00 |
| 02-28-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 03-01-06 |  | PAP | 0.10 | 18.50 |
| 03-01-06 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 03-01-06 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 03-01-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-01-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-01-06 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.                                    April 18, 2006
Re: Fruehauf                                        Invoice #966472
File # 24162-00001- NBG                                     Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 03-01-06 | | EDJ | 0.10 | 47.50 |
| 03-01-06 | | EDJ | 0.10 | 47.50 |
| 03-01-06 | | EDJ | 0.10 | 47.50 |
| 03-01-06 | | EDJ | 0.20 | 95.00 |
| 03-01-06 | | EDJ | 0.50 | 237.50 |
| 03-01-06 | | EDJ | 0.10 | 47.50 |
| 03-02-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | NBG | 0.20 | 118.00 |
| 03-03-06 | | NBG | 0.20 | 118.00 |
| 03-03-06 | | NBG | 0.20 | 118.00 |
| 03-03-06 | | MMD | 0.20 | 37.00 |
| 03-03-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | EDJ | 0.20 | 95.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    April 18, 2006
Re: Fruehauf                                      Invoice #966472
File # 24162-00001- NBG                                Page 7


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | EDJ | 0.20 | 95.00 |
| 03-03-06 | | | | |
| | | EDJ | 1.20 | 570.00 |
| 03-03-06 | | EDJ | 0.30 | 142.50 |
| 03-03-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | EDJ | 0.10 | 47.50 |
| 03-03-06 | | | | |
| | | EDJ | 0.80 | 380.00 |
| 03-03-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 03-03-06 | | EDJ | 0.30 | 142.50 |
| 03-03-06 | | EDJ | 2.80 | 1,330.00 |
| 03-03-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 03-04-06 | | EDJ | 0.10 | 47.50 |
| 03-06-06 | | | | |
| | | PAP | 0.50 | 92.50 |
| 03-06-06 | | NBG | 0.10 | 59.00 |
| 03-06-06 | | EDJ | 0.40 | 190.00 |
| 03-06-06 | | EDJ | 0.30 | 142.50 |
| 03-06-06 | | EDJ | 0.70 | 332.50 |
| 03-07-06 | | | | |
| | | NBG | 0.50 | 295.00 |
| 03-07-06 | | EDJ | 0.10 | 47.50 |
| 03-07-06 | | | | |
| | | EDJ | 0.60 | 285.00 |
| 03-08-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 03-08-06 | | NBG | 0.10 | 59.00 |
| 03-08-06 | | | | |
| | | EDJ | 1.10 | 522.50 |
| 03-08-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 8

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | EDJ | 0.20 | 95.00 |
| 03-08-06 |  | EDJ | 0.10 | 47.50 |
| 03-08-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-09-06 |  | EDJ | 0.10 | 47.50 |
| 03-13-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-15-06 |  |  |  |  |
|  |  | MMD | 0.10 | 18.50 |
| 03-15-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-15-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-15-06 |  |  |  |  |
|  |  | EDJ | 0.30 | 142.50 |
| 03-16-06 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 03-16-06 |  |  |  |  |
|  |  | NBG | 0.20 | 118.00 |
| 03-16-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 03-16-06 |  | EDJ | 0.50 | 237.50 |
| 03-16-06 |  | EDJ | 0.20 | 95.00 |
| 03-16-06 |  | EDJ | 0.30 | 142.50 |
| 03-16-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 03-17-06 |  |  |  |  |
|  |  | NBG | 0.40 | 236.00 |
| 03-17-06 |  |  |  |  |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 9

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | JL | 0.30 | 30.00 |
| 03-17-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 03-17-06 | | EDJ | 0.40 | 190.00 |
| 03-17-06 | | EDJ | 0.10 | 47.50 |
| 03-17-06 | | EDJ | 0.10 | 47.50 |
| 03-17-06 | | | | |
| | | EDJ | 0.40 | 190.00 |
| 03-17-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 03-17-06 | | EDJ | 2.10 | 997.50 |
| 03-17-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 03-18-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 03-18-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 03-18-06 | | | | |
| | | EDJ | 0.50 | 237.50 |
| 03-18-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 03-19-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 03-19-06 | | NBG | 0.20 | 118.00 |
| 03-19-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 03-20-06 | | | | |
| | | ABS | 0.30 | 105.00 |
| 03-20-06 | | PAP | 0.10 | 18.50 |
| 03-20-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 03-21-06 | | | | |

# THE BAYARD FIRM

---

Street, Chriss W.                                    April 18, 2006
Re: Fruehauf                                        Invoice #966472
File # 24162-00001- NBG                                  Page 10

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 0.10 | 59.00 |
| 03-21-06 | | ABS | 0.10 | 35.00 |
| 03-21-06 | | | | |
| | | PAP | 0.20 | 37.00 |
| 03-21-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 03-21-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 03-21-06 | | EDJ | 0.10 | 47.50 |
| 03-21-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 03-21-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 03-22-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 03-22-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 03-23-06 | | EDJ | 0.10 | 47.50 |
| 03-24-06 | | | | |
| | | NBG | 0.50 | 295.00 |
| 03-24-06 | | | | |
| | | NBG | 2.50 | 1,475.00 |
| 03-24-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 03-24-06 | | PAP | 0.10 | 18.50 |
| 03-24-06 | | EDJ | 0.40 | 190.00 |
| 03-25-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 03-27-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 03-28-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                     April 18, 2006
Re: Fruehauf                                        Invoice #966472
File # 24162-00001- NBG                                   Page 11


| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|          |  | MMD | 0.20 | 37.00 |
| 03-28-06 |  | EDJ | 0.10 | 47.50 |
| 03-28-06 |  | EDJ | 0.10 | 47.50 |
| 03-28-06 |  |  |  |  |
|          |  | EDJ | 0.30 | 142.50 |
| 03-28-06 |  | EDJ | 0.20 | 95.00 |
| 03-28-06 |  | EDJ | 0.10 | 47.50 |
| 03-29-06 |  |  |  |  |
|          |  | EDJ | 0.10 | 47.50 |
| 03-29-06 |  | EDJ | 0.20 | 95.00 |
| 03-29-06 |  | EDJ | 0.10 | 47.50 |
| 03-29-06 |  | EDJ | 0.10 | 47.50 |
| 03-29-06 |  |  |  |  |
|          |  | EDJ | 0.10 | 47.50 |
| 03-29-06 |  |  |  |  |
|          |  | JL | 0.10 | 10.00 |
| 03-30-06 |  | EDJ | 0.10 | 47.50 |
| 03-30-06 |  |  |  |  |
|          |  | EDJ | 0.10 | 47.50 |
| 03-31-06 |  |  |  |  |
|          |  | ABS | 0.10 | 35.00 |
| 03-31-06 |  |  |  |  |
|          |  | NBG | 0.10 | 59.00 |
| 03-31-06 |  | EDJ | 0.10 | 47.50 |
| 03-31-06 |  |  |  |  |
|          |  | EDJ | 0.10 | 47.50 |
| 03-31-06 |  |  |  |  |
|          |  | EDJ | 0.10 | 47.50 |
| 03-31-06 |  |  |  |  |
|          |  | EDJ | 0.20 | 95.00 |
| 03-31-06 |  | PAP | 0.10 | 18.50 |

                                              ----------

                                Total Fees   30,088.00

# THE BAYARD FIRM

Street, Chriss W.                                              April 18, 2006
Re: Fruehauf                                                Invoice #966472
File # 24162-00001- NBG                                        Page 12

| Date | Description | | Atty | Hours | Amount |
|------|-------------|--|------|-------|--------|

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|----------------------|--|------|-------|--------|
| Neil B Glassman | Director | 590.00 | 8.40 | 4,956.00 |
| Edmond D Johnson | Director | 475.00 | 49.90 | 23,702.50 |
| Ashley B Stitzer | Associate | 350.00 | 0.90 | 315.00 |
| Katharine V Jackson | Associate | 205.00 | 3.70 | 758.50 |
| Pamela A Piunti | Paralegal | 185.00 | 1.10 | 203.50 |
| Michelle M Dero | Paralegal | 185.00 | 0.50 | 92.50 |
| Jacqueline Lately | Case Management A | 100.00 | 0.60 | 60.00 |
| | | Total Fees | | 30,088.00 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 13

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 02-07-06 | Depositions & Transcripts; Fee for | |
| | deposition transcripts; Peterson & Associates | 3,007.50 |
| | Binding Charges | 27.00 |
| | Computer Research | 3,448.40 |
| | Copies | 299.20 |
| | Federal Express | 75.99 |
| | Pacer Document Downloads | 15.28 |
| | Phone | 22.40 |
| | Postage | 1.35 |
| | Print Images | 70.30 |
| | | ------------ |
| | Total Disbursements | $  6,967.42 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

April 18, 2006
Invoice #966472
Page 14

STATEMENT SUMMARY

| | |
|---|---|
| Current Fees | 30,088.00 |
| Current Disbursements | 6,967.42 |
| | -------- |
| Courtesy Discount | <3,008.80> |
| | |
| Total Amount Due | $ 34,046.62 |
| | ========== |

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D # 51-0200788

May 19, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #      966995
File # 24162-00001 - NBG

For Services Rendered Through  April 30, 2006

|  |  |  |
|---|---|---|
| Current Fees | 4,284.50 | |
| Current Disbursements | 20.45 | |
| Courtesy Discount | <500.00> | |
| Total Amount Due | | $  3,804.95 |

# THE BAYARD FIRM

Street, Chriss W.                                    May 19, 2006
Re: Fruehauf                                    Invoice #966995
File # 24162-00001- NBG                                Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 04-01-06 | | | | |
| | | EDJ | 0.40 | 190.00 |
| 04-02-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 04-03-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 04-03-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 04-03-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 04-03-06 | | PAP | 0.10 | 18.50 |
| 04-05-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 04-05-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 04-05-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 04-05-06 | | EDJ | 0.10 | 47.50 |
| 04-05-06 | | EDJ | 0.20 | 95.00 |
| 04-05-06 | | EDJ | 0.30 | 142.50 |
| 04-06-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 04-06-06 | | NBG | 0.10 | 59.00 |
| 04-06-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 04-06-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 04-06-06 | | EDJ | 0.20 | 95.00 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

May 19, 2006
Invoice #966995
Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 04-06-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 04-06-06 | | EDJ | 0.50 | 237.50 |
| 04-06-06 | | EDJ | 0.10 | 47.50 |
| 04-07-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 04-07-06 | | EDJ | 0.50 | 237.50 |
| 04-07-06 | | EDJ | 0.10 | 47.50 |
| 04-07-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 04-10-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 04-10-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 04-10-06 | | EDJ | 0.20 | 95.00 |
| 04-10-06 | | EDJ | 0.10 | 47.50 |
| 04-10-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 04-10-06 | | EDJ | 0.10 | 47.50 |
| 04-10-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 04-11-06 | | | | |
| | | PAP | 0.20 | 37.00 |
| 04-11-06 | | NBG | 0.10 | 59.00 |
| 04-11-06 | | EDJ | 0.30 | 142.50 |
| 04-11-06 | | EDJ | 0.50 | 237.50 |
| 04-12-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 04-12-06 | | EDJ | 0.30 | 142.50 |
| 04-12-06 | | EDJ | 0.50 | 237.50 |
| 04-12-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 04-12-06 | | EDJ | 0.20 | 95.00 |
| 04-12-06 | | EDJ | 0.10 | 47.50 |
| 04-14-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                       May 19, 2006
Re: Fruehauf                                        Invoice #966995
File # 24162-00001- NBG                                      Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | PAP | 0.20 | 37.00 |
| 04-17-06 |  | EDJ | 0.10 | 47.50 |
| 04-17-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 04-19-06 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 04-19-06 |  |  |  |  |
|  |  | EDJ | 0.10 | 47.50 |
| 04-21-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 04-21-06 |  | PAP | 0.10 | 18.50 |
| 04-24-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 04-24-06 |  | PAP | 0.10 | 18.50 |
| 04-24-06 |  | EDJ | 0.10 | 47.50 |
| 04-24-06 |  | EDJ | 0.10 | 47.50 |
| 04-25-06 |  |  |  |  |
|  |  | JL | 0.10 | 10.00 |
| 04-25-06 |  |  |  |  |
|  |  | EDJ | 0.30 | 142.50 |
| 04-26-06 |  |  |  |  |
|  |  | NBG | 0.10 | 59.00 |
| 04-26-06 |  | PAP | 0.10 | 18.50 |

                                               ----------

                                        Total Fees    4,284.50

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| Neil B Glassman | Director | 590.00 | 1.60 | 944.00 |
| Edmond D Johnson | Director | 475.00 | 6.50 | 3,087.50 |
| Ashley B Stitzer | Associate | 350.00 | 0.10 | 35.00 |
| Pamela A Piunti | Paralegal | 185.00 | 0.80 | 148.00 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

May 19, 2006
Invoice #966995
Page 5

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|---|---|---|---|---|
| Jacqueline Lately | Case Management A | 100.00 | 0.70 | 70.00 |
| | | | Total Fees | 4,284.50 |

# THE BAYARD FIRM

Street, Chriss W.                                                May 19, 2006
Re: Fruehauf                                              Invoice #966995
File # 24162-00001- NBG                                              Page 6

Date        Disbursement Description                              Amount

            Copies                                                    3.80
            Phone                                                     1.40
            Print Images                                             14.50
            Electronic Imaging                                        0.75
                                                                ------------
                              Total Disbursements          $        20.45

# THE BAYARD FIRM

Street, Chriss W.                                          May 19, 2006
Re: Fruehauf                                        Invoice #966995
File # 24162-00001- NBG                                      Page 7

## STATEMENT SUMMARY

Current Fees                          4,284.50
Current Disbursements                    20.45
                                      --------
Courtesy Discount                     <500.00>

Total Amount Due                              $    3,804.95
                                              ==========

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

July 19, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                Invoice #    967952
File # 24162-00001 - NBG

For Services Rendered Through  June 30, 2006

       Current Fees                    30,957.00

       Current Disbursements            4,111.07
                                    ------------
       Courtesy Discount            <4,643.55>

       Total Amount Due                         $   30,424.52
                                                 ===========

# THE BAYARD FIRM

Street, Chriss W.                                    July 19, 2006
Re: Fruehauf                                       Invoice #967952
File # 24162-00001- NBG                                   Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 05-04-06 | | | | |
| | | JL | 0.20 | 20.00 |
| 05-05-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 05-05-06 | | EDJ | 0.20 | 95.00 |
| 05-05-06 | | EDJ | 0.20 | 95.00 |
| 05-05-06 | | EDJ | 0.10 | 47.50 |
| 05-05-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 05-08-06 | | PAP | 0.10 | 18.50 |
| 05-08-06 | | | | |
| | | TW | 0.10 | 10.00 |
| 05-15-06 | | PAP | 0.10 | 18.50 |
| 05-16-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 05-17-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 05-17-06 | | EDJ | 0.20 | 95.00 |
| 05-17-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 05-18-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 05-18-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 05-18-06 | | EDJ | 0.10 | 47.50 |
| 05-19-06 | | NBG | 0.10 | 59.00 |
| 05-19-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 05-19-06 | | EDJ | 0.10 | 47.50 |
| 05-22-06 | | | | |
| | | EDJ | 0.10 | 47.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

July 19, 2006
Invoice #967952
Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 05-24-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 05-24-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 05-25-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 05-25-06 | | PAP | 0.10 | 18.50 |
| 05-26-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 05-26-06 | | EDJ | 0.20 | 95.00 |
| 05-26-06 | | EDJ | 0.20 | 95.00 |
| 06-01-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 06-01-06 | | | | |
| | | NBG | 0.40 | 236.00 |
| 06-01-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 06-01-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-01-06 | | EDJ | 2.50 | 1,187.50 |
| 06-01-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-01-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-01-06 | | EDJ | 0.10 | 47.50 |
| 06-02-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 06-02-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                          July 19, 2006
Re: Fruehauf                                            Invoice #967952
File # 24162-00001- NBG                                      Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | JL | 0.10 | 10.00 |
| 06-02-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 06-02-06 | | EDJ | 0.30 | 142.50 |
| 06-02-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 06-02-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-02-06 | | EDJ | 0.10 | 47.50 |
| 06-03-06 | | EDJ | 0.50 | 237.50 |
| 06-05-06 | | EDJ | 1.10 | 522.50 |
| 06-05-06 | | EDJ | 2.00 | 950.00 |
| 06-06-06 | | PAP | 0.10 | 18.50 |
| 06-06-06 | | EDJ | 1.80 | 855.00 |
| 06-06-06 | | EDJ | 1.80 | 855.00 |
| 06-07-06 | | NBG | 0.20 | 118.00 |
| 06-07-06 | | | | |
| | | EDJ | 3.80 | 1,805.00 |
| 06-08-06 | | EDJ | 3.10 | 1,472.50 |
| 06-09-06 | | NBG | 0.20 | 118.00 |
| 06-09-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 06-09-06 | | EDJ | 0.10 | 47.50 |
| 06-09-06 | | EDJ | 3.30 | 1,567.50 |
| 06-09-06 | | EDJ | 0.20 | 95.00 |
| 06-09-06 | | EDJ | 0.30 | 142.50 |
| 06-10-06 | | EDJ | 0.20 | 95.00 |
| 06-11-06 | | KVJ | 1.10 | 225.50 |
| 06-11-06 | | EDJ | 0.20 | 95.00 |
| 06-12-06 | | | | |
| | | KVJ | 2.00 | 410.00 |
| 06-12-06 | | | | |
| | | PAP | 3.00 | 555.00 |
| 06-12-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    July 19, 2006
Re: Fruehauf                                    Invoice #967952
File # 24162-00001- NBG                                    Page 5

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| | | NBG | 1.30 | 767.00 |
| 06-12-06 | | EDJ | 3.20 | 1,520.00 |
| 06-12-06 | | EDJ | 1.00 | 475.00 |
| 06-12-06 | | EDJ | 1.00 | 475.00 |
| 06-12-06 | | EDJ | 0.30 | 142.50 |
| 06-12-06 | | EDJ | 0.70 | 332.50 |
| 06-12-06 | | EDJ | 0.10 | 47.50 |
| 06-12-06 | | EDJ | 1.20 | 570.00 |
| 06-13-06 | | | | |
| | | KVJ | 1.20 | 246.00 |
| 06-13-06 | | | | |
| | | ABS | 0.10 | 35.00 |
| 06-13-06 | | | | |
| | | PAP | 0.50 | 92.50 |
| 06-13-06 | | | | |
| | | PAP | 1.00 | 185.00 |
| 06-13-06 | | PAP | 0.10 | 18.50 |
| 06-13-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 06-13-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 06-13-06 | | | | |
| | | JL | 0.20 | 20.00 |
| 06-13-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 06-13-06 | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | EDJ | 1.10 | 522.50 |
| 06-13-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-13-06 | | EDJ | 0.30 | 142.50 |
| 06-13-06 | | EDJ | 0.30 | 142.50 |
| 06-13-06 | | EDJ | 0.30 | 142.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

July 19, 2006
Invoice #967952
Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 06-13-06 | | EDJ | 0.20 | 95.00 |
| 06-13-06 | | EDJ | 0.40 | 190.00 |
| 06-13-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | EDJ | 0.50 | 237.50 |
| 06-13-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-13-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-13-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-14-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 06-14-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-14-06 | | EDJ | 0.10 | 47.50 |
| 06-14-06 | | EDJ | 1.40 | 665.00 |
| 06-14-06 | | EDJ | 0.80 | 380.00 |
| 06-14-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-15-06 | | | | |
| | | NBG | 0.30 | 177.00 |
| 06-15-06 | | | | |
| | | PAP | 0.50 | 92.50 |
| 06-15-06 | | | | |
| | | PAP | 0.80 | 148.00 |
| 06-15-06 | | EDJ | 2.50 | 1,187.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

July 19, 2006
Invoice #967952
Page 7

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 06-15-06 | | EDJ | 0.40 | 190.00 |
| 06-15-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-15-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-15-06 | | EDJ | 0.10 | 47.50 |
| 06-15-06 | | EDJ | 0.20 | 95.00 |
| 06-15-06 | | EDJ | 0.10 | 47.50 |
| 06-15-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 06-15-06 | | EDJ | 1.00 | 475.00 |
| 06-15-06 | | EDJ | 0.40 | 190.00 |
| 06-16-06 | | | | |
| | | NBG | 0.20 | 118.00 |
| 06-16-06 | | | | |
| | | MMD | 0.10 | 18.50 |
| 06-16-06 | | | | |
| | | MMD | 0.40 | 74.00 |
| 06-16-06 | | BDJ | 0.20 | 95.00 |
| 06-16-06 | | EDJ | 2.20 | 1,045.00 |
| 06-17-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 06-19-06 | | EDJ | 0.10 | 47.50 |
| 06-19-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-20-06 | | | | |
| | | MMD | 0.10 | 18.50 |
| 06-20-06 | | MMD | 0.10 | 18.50 |
| 06-20-06 | | | | |
| | | NBG | 0.30 | 177.00 |

# THE BAYARD FIRM

Street, Chriss W.                                          July 19, 2006
Re: Fruehauf                                           Invoice #967952
File # 24162-00001- NBG                                        Page 8

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 06-20-06 | | | | |
| | | EDJ | 2.80 | 1,330.00 |
| 06-20-06 | | EDJ | 1.20 | 570.00 |
| 06-20-06 | | EDJ | 1.00 | 475.00 |
| 06-20-06 | | EDJ | 0.50 | 237.50 |
| 06-20-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-20-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 06-22-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-23-06 | | | | |
| | | MMD | 0.10 | 18.50 |
| 06-23-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 06-23-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 06-24-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-24-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 06-25-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 06-26-06 | | EDJ | 0.30 | 142.50 |
| 06-28-06 | | PAP | 0.10 | 18.50 |
| 06-29-06 | | | | |
| | | NBG | 0.10 | 59.00 |
| 06-29-06 | | | | |
| | | EDJ | 0.10 | 47.50 |

```
                                        ----------
                          Total Fees    30,957.00
```

# THE BAYARD FIRM

Street, Chriss W.                                  July 19, 2006
Re: Fruehauf                                  Invoice #967952
File # 24162-00001- NBG                                Page 9

Date        Description                          Atty    Hours    Amount


         TIMEKEEPER FEE RECAP          Rate        Hours          Amount

Neil B Glassman          Director       590.00        4.90        2,891.00
Edmond D Johnson         Director       475.00       54.10       25,697.50
Ashley B Stitzer         Associate      350.00        0.10           35.00
Katharine V Jackson      Associate      205.00        4.30          881.50
Pamela A Piunti          Paralegal      185.00        6.40        1,184.00
Michelle M Dero          Paralegal      185.00        0.80          148.00
Jacqueline Lately        Case Management A  100.00    1.10          110.00
Tami Wilson              Case Management A  100.00    0.10           10.00

                                        Total Fees          30,957.00

# THE BAYARD FIRM

Street, Chriss W.                                    July 19, 2006
Re: Fruehauf                                    Invoice #967952
File # 24162-00001- NBG                              Page 10


Date        Disbursement Description                        Amount

06-27-06    Depositions & Transcripts; Fee for hearing
            transcript; J & J Court Transcribers              68.30
            Computer Research                              2,581.70
            Copies                                        1,090.20
            Delivery Charges                                 20.00
            Pacer Document Downloads                          7.60
            Phone                                            8.40
            Postage                                        250.62
            Print Images                                     55.60
            Electronic Imaging                               28.65
                                                     -------------
                        Total Disbursements        $   4,111.07

# THE BAYARD FIRM

Street, Chriss W.                                              July 19, 2006
Re: Fruehauf                                              Invoice #967952
File # 24162-00001- NBG                                          Page 11

### STATEMENT SUMMARY

| | |
|---|---|
| Current Fees | 30,957.00 |
| Current Disbursements | 4,111.07 |
| | -------- |
| Courtesy Discount | <4,643.55> |
| Total Amount Due | $  30,424.52 |
| | ========= |

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

August 24, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #    968560
File # 24162-00001 - NBG

For Services Rendered Through  July 31, 2006

    Previous Balance Forward                    $  30,424.52

    Current Fees                    1,554.00

    Current Disbursements             15.90
               ------------
    Courtesy Discount               <233.00>

    Total Amount Due                            $  31,761.42
                                          ==========

# THE BAYARD FIRM

Street, Chriss W.                                    August 24, 2006
Re: Fruehauf                                         Invoice #968560
File # 24162-00001- NBG                                     Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 07-01-06 | | | | |
| | | NBG | 0.20 | 135.00 |
| 07-05-06 | | PAP | 0.10 | 18.50 |
| 07-13-06 | | | | |
| | | PAP | 1.00 | 185.00 |
| 07-17-06 | | | | |
| | | JL | 0.40 | 40.00 |
| 07-17-06 | | | | |
| | | NBG | 0.20 | 135.00 |
| 07-17-06 | | | | |
| | | NBG | 0.30 | 202.50 |
| 07-17-06 | | PAP | 0.10 | 18.50 |
| 07-17-06 | | EDJ | 0.20 | 95.00 |
| 07-17-06 | | EDJ | 0.10 | 47.50 |
| 07-17-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 07-18-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 07-18-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 07-19-06 | | | | |
| | | NBG | 0.10 | 67.50 |
| 07-19-06 | | PAP | 0.10 | 18.50 |
| 07-19-06 | | EDJ | 0.20 | 95.00 |
| 07-21-06 | | | | |
| | | EDJ | 0.10 | 47.50 |
| 07-25-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    August 24, 2006
Re: Fruehauf                                         Invoice #968560
File # 24162-00001- NBG                                      Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 07-27-06 | | JL | 0.10 | 10.00 |
| 07-27-06 | | JL | 0.20 | 20.00 |
| 07-27-06 | | NBG | 0.10 | 67.50 |
| 07-27-06 | | PAP | 0.10 | 18.50 |
| 07-28-06 | | EDJ | 0.10 | 47.50 |

Total Fees   1,554.00

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|------|------|------|-------|--------|
| Neil B Glassman | Director | 675.00 | 0.90 | 607.50 |
| Edmond D Johnson | Director | 475.00 | 1.30 | 617.50 |
| Pamela A Piunti | Paralegal | 185.00 | 1.40 | 259.00 |
| Jacqueline Lately | Case Management A | 100.00 | 0.70 | 70.00 |

Total Fees   1,554.00

# THE BAYARD FIRM

Street, Chriss W.                                    August 24, 2006
Re: Fruehauf                                        Invoice #968560
File # 24162-00001- NBG                                    Page 4


Date        Disbursement Description                        Amount

            Copies                                            2.80
            Print Images                                      9.10
            Electronic Imaging                                4.00
                                                      ------------
                            Total Disbursements       $      15.90

# THE BAYARD FIRM

Street, Chriss W.                                      August 24, 2006
Re: Fruehauf                                           Invoice #968560
File # 24162-00001- NBG                                        Page 5

STATEMENT SUMMARY

Previous Balance Forward                          $          30,424.52

Current Fees                          1,554.00
Current Disbursements                    15.90
                                      --------
Courtesy Discount                     <233.00>

Total Amount Due                                  $         31,761.42
                                                           ==========

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

October 17, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                Invoice #    969342
File # 24162-00001 - NBG

For Services Rendered Through  October 17, 2006

      Previous Balance Forward                    $  31,761.42

      Total Amount Due                            $  31,761.42
                                                     ===========

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

October 17, 2006
Invoice #969342
Page 2

## STATEMENT SUMMARY

| | | |
|---|---|---|
| Previous Balance Forward | $ | 31,761.42 |
| Total Amount Due | $ | 31,761.42 |

# THE BAYARD FIRM

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
(302) 655-5000
FEDERAL I.D.# 51-0200788

December 22, 2006

Street, Chriss W.
Street Asset Management, Inc.
25 Pinehurst Lane
Newport Beach, CA 92660

Re: Fruehauf                                    Invoice #    970686
File # 24162-00001 - NBG

For Services Rendered Through  December 22, 2006

|  |  |  |
|---|---|---|
| Previous Balance Forward | | $  31,761.42 |
| Current Fees | 33,797.50 | |
| Current Disbursements | 373.10 | |
| Courtesy Discount | <5,000.00> | |
| Total Amount Due | | $  60,932.02 |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                          Invoice #970686
File # 24162-00001- NBG                                      Page 2

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 11-21-06 | | | | |
| | | JL | 0.20 | 20.00 |
| 11-22-06 | | | | |
| | | EDJ | 0.20 | 95.00 |
| 11-22-06 | | | | |
| | | NBG | 0.70 | 472.50 |
| 11-24-06 | | | | |
| | | NBG | 0.20 | 135.00 |
| 11-25-06 | | NBG | 0.10 | 67.50 |
| 11-27-06 | | PAP | 0.10 | 18.50 |
| 11-27-06 | | EDJ | 0.10 | 47.50 |
| 11-28-06 | | | | |
| | | NBG | 0.70 | 472.50 |
| 11-28-06 | | | | |
| | | PAP | 0.20 | 37.00 |
| 11-28-06 | | | | |
| | | JL | 0.10 | 10.00 |
| 11-28-06 | | | | |
| | | EDJ | 0.70 | 332.50 |
| 12-06-06 | | | | |
| | | NBG | 0.20 | 135.00 |
| 12-07-06 | | | | |
| | | NBG | 0.30 | 202.50 |
| 12-08-06 | | | | |
| | | NBG | 0.30 | 202.50 |
| 12-09-06 | | | | |
| | | NBG | 0.70 | 472.50 |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                            Invoice #970686
File # 24162-00001- NBG                                        Page 3

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 12-09-06 | | EDJ | 0.20 | 95.00 |
| 12-09-06 | | | | |
| | | EDJ | 0.30 | 142.50 |
| 12-10-06 | | | | |
| | | NBG | 2.20 | 1,485.00 |
| 12-10-06 | | NBG | 0.20 | 135.00 |
| 12-10-06 | | | | |
| | | EDJ | 1.50 | 712.50 |
| 12-10-06 | | EDJ | 2.30 | 1,092.50 |
| 12-11-06 | | | | |
| | | NBG | 3.20 | 2,160.00 |
| 12-11-06 | | | | |
| | | ABS | 0.10 | 40.00 |
| 12-11-06 | | | | |
| | | ABS | 0.10 | 40.00 |
| 12-11-06 | | | | |
| | | ABS | 0.30 | 120.00 |
| 12-11-06 | | | | |
| | | ABS | 4.60 | 1,840.00 |
| 12-11-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                   December 22, 2006
Re: Fruehauf                                        Invoice #970686
File # 24162-00001- NBG                                    Page 4

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|          |  | NBG | 2.50 | 1,687.50 |
| 12-11-06 |  | EDJ | 7.80 | 3,705.00 |
| 12-11-06 |  |     |      |          |
|          |  | GC  | 0.10 | 10.00    |
| 12-12-06 |  |     |      |          |
|          |  | NBG | 1.50 | 1,012.50 |
| 12-12-06 |  |     |      |          |
|          |  | NBG | 0.80 | 540.00   |
| 12-12-06 |  |     |      |          |
|          |  | ABS | 5.50 | 2,200.00 |
| 12-12-06 |  |     |      |          |
|          |  | ABS | 0.20 | 80.00    |
| 12-12-06 |  |     |      |          |
|          |  | ABS | 0.10 | 40.00    |
| 12-12-06 |  |     |      |          |
|          |  | EDJ | 2.20 | 1,045.00 |
| 12-12-06 |  |     |      |          |
|          |  | KDS | 2.10 | 535.50   |
| 12-12-06 |  |     |      |          |
|          |  | PAP | 0.40 | 74.00    |
| 12-12-06 |  |     |      |          |
|          |  | PAP | 0.40 | 74.00    |
| 12-13-06 |  |     |      |          |
|          |  | NBG | 0.10 | 67.50    |
| 12-13-06 |  | EDJ | 1.40 | 665.00   |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                          Invoice #970686
File # 24162-00001- NBG                                      Page 5

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 12-13-06 | | EDJ | 0.20 | 95.00 |
| 12-14-06 | | | | |
| | | NBG | 0.40 | 270.00 |
| 12-14-06 | | ABS | 0.10 | 40.00 |
| 12-14-06 | | ABS | 0.20 | 80.00 |
| | | ABS | 0.10 | 40.00 |
| 12-14-06 | | | | |
| | | NBG | 0.20 | 135.00 |
| 12-14-06 | | | | |
| | | NBG | 0.50 | 337.50 |
| 12-14-06 | | EDJ | 0.10 | 47.50 |
| 12-14-06 | | EDJ | 0.10 | 47.50 |
| 12-14-06 | | EDJ | 0.30 | 142.50 |
| 12-14-06 | | EDJ | 0.20 | 95.00 |
| 12-15-06 | | ABS | 0.10 | 40.00 |
| 12-15-06 | | | | |
| | | ABS | 0.10 | 40.00 |
| 12-15-06 | | ABS | 0.10 | 40.00 |
| 12-15-06 | | ABS | 0.10 | 40.00 |
| 12-15-06 | | | | |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                         Invoice #970686
File # 24162-00001- NBG                                      Page 6

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
|  |  | ABS | 0.10 | 40.00 |
| 12-15-06 |  |  |  |  |
|  |  | ABS | 0.40 | 160.00 |
| 12-15-06 |  | ABS | 0.20 | 80.00 |
| 12-15-06 |  |  |  |  |
|  |  | PAP | 0.80 | 148.00 |
| 12-15-06 |  |  |  |  |
|  |  | PAP | 0.40 | 74.00 |
| 12-15-06 |  |  |  |  |
|  |  | NBG | 1.10 | 742.50 |
| 12-15-06 |  | EDJ | 0.20 | 95.00 |
| 12-15-06 |  | EDJ | 0.10 | 47.50 |
| 12-15-06 |  |  |  |  |
|  |  | EDJ | 0.30 | 142.50 |
| 12-15-06 |  | EDJ | 0.10 | 47.50 |
| 12-15-06 |  | EDJ | 0.20 | 95.00 |
| 12-15-06 |  | EDJ | 0.10 | 47.50 |
| 12-15-06 |  | EDJ | 0.10 | 47.50 |
| 12-15-06 |  |  |  |  |
|  |  | EDJ | 0.20 | 95.00 |
| 12-17-06 |  |  |  |  |
|  |  | NBG | 0.70 | 472.50 |
| 12-18-06 |  |  |  |  |
|  |  | ABS | 0.10 | 40.00 |
| 12-18-06 |  |  |  |  |
|  |  | ABS | 0.10 | 40.00 |
| 12-18-06 |  |  |  |  |
|  |  | PAP | 0.30 | 55.50 |
| 12-18-06 |  | PAP | 0.10 | 18.50 |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Pruehauf                                         Invoice #970686
File # 24162-00001- NBG                                       Page 7

| Date | Description | Atty | Hours | Amount |
|------|-------------|------|-------|--------|
| 12-18-06 | | NBG | 0.30 | 202.50 |
| 12-18-06 | | JL | 0.10 | 10.00 |
| 12-19-06 | | NBG | 5.70 | 3,847.50 |
| 12-19-06 | | ABS | 0.30 | 120.00 |
| 12-19-06 | | ABS | 0.40 | 160.00 |
| 12-19-06 | | ABS | 0.10 | 40.00 |
| 12-19-06 | | EDJ | 5.80 | 2,755.00 |
| 12-19-06 | | EDJ | 0.20 | 95.00 |
| 12-19-06 | | EDJ | 0.20 | 95.00 |
| 12-20-06 | | ABS | 0.10 | 40.00 |
| 12-20-06 | | NBG | 0.20 | 135.00 |

                                            Total Fees    33,797.50

| TIMEKEEPER FEE RECAP | | Rate | Hours | Amount |
|----------------------|--|------|-------|--------|
| Neil B Glassman | Director | 675.00 | 22.80 | 15,390.00 |
| Edmond D Johnson | Director | 475.00 | 25.10 | 11,922.50 |
| Ashley B Stitzer | Associate | 400.00 | 13.50 | 5,400.00 |
| Kathryn D Sallie | Associate | 255.00 | 2.10 | 535.50 |
| Pamela A Piunti | Paralegal | 185.00 | 2.70 | 499.50 |
| Jacqueline Lately | Case Management A | 100.00 | 0.40 | 40.00 |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                        Invoice #970686
File # 24162-00001- NBG                                     Page 8

|  | TIMEKEEPER FEE RECAP | Rate | Hours | Amount |
|---|---|---|---|---|
| Gloria Clarke | Case Management A | 100.00 | 0.10 | 10.00 |
|  |  |  | Total Fees | 33,797.50 |

# THE BAYARD FIRM

Street, Chriss W.
Re: Fruehauf
File # 24162-00001- NBG

December 22, 2006
Invoice #970686
Page 9

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 12-15-06 | Filing Fees; Pro Hac Vice; U.S. District Court | 25.00 |
| 12-21-06 | Filing Fees; Filing; U.S. Bankruptcy Court | 26.00 |
| | Copies | 167.80 |
| | Delivery Charges | 10.00 |
| | Federal Express | 54.25 |
| | Phone | 7.40 |
| | Postage | 11.45 |
| | Print Images | 71.20 |
| | | ------------ |
| | Total Disbursements | $ 373.10 |

# THE BAYARD FIRM

Street, Chriss W.                                    December 22, 2006
Re: Fruehauf                                          Invoice #970686
File # 24162-00001- NBG                                      Page 10

### STATEMENT SUMMARY

Previous Balance Forward                    $        31,761.42

Current Fees                    33,797.50
Current Disbursements              373.10
                               ---------
Courtesy Discount              <5,000.00>

Total Amount Due                            $    60,932.02
                                                 ==========

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

March 31, 2006

Billed through  03/31/2006

Bill Number 005728-00002    -  104109    CRH

Street Asset Management, LLC
Attn:  Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    02/28/2006
Payments received since last bill

Net balance forward



## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | | Hours | Amount |
|------|----------|---|-------|--------|
| 03/09/06 | LJH | | | |
| | | | 1.70 hrs | 289.00 |
| 03/15/06 | LJH | | | |
| | | | 0.10 hrs | 17.00 |
| 03/16/06 | LJH | | | |
| | | | 1.10 hrs | 187.00 |
| 03/21/06 | LJH | | | |
| | | | 0.50 hrs | 85.00 |
| 03/23/06 | CRH | | | |
| | | | 1.00 hrs | 315.00 |
| 03/23/06 | CRH | | | |
| | | | 0.50 hrs | 157.50 |
| 03/27/06 | CRH | | | |
| | | | 0.40 hrs | 126.00 |
| 03/27/06 | LJH | | | |
| | | | 0.10 hrs | 17.00 |
| Total fees for this matter | | | 5.40  hrs | $1,193.50 |

Double A Trailer Sales, Inc.                    Bill No.    005728  -  00002    -  104109                                Page 2

Total disbursements for this matter                                                                    $0.00

**BILLING SUMMARY**
    Hammond, Clark R.                          1.90 hrs     315.00 /hr              $598.50
    Hill, Lindan J.                            3.50 hrs     170.00 /hr              $595.00


                    TOTAL FEES      5.40 hrs                              $1,193.50
                                                    --------------------

    TOTAL CHARGES FOR THIS BILL                                                  $1,193.50
            NET BALANCE FORWARD

      **TOTAL BALANCE NOW DUE**

Double A Trailer Sales, inc.          Bill No.     005728  -  00002     -  107427                        Page 4

NET BALANCE FORWARD



**TOTAL BALANCE NOW DUE**

Double A Trailer Sales, Inc.          Bill No.     005728  -   00002     -  103317                                    Page 2

TOTAL BALANCE NOW DUE

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

February 28, 2006

Billed through  02/28/2006

Bill Number 005728-00002     -   103317      CRH

Street Asset Management, LLC
Attn:  Chriss Street
1111 Bayside Drive
Suite 100
Corono Del Mar, CA  92625

Double A Trailer Sales, Inc.

Balance forward as of bill dated    01/31/2006
Payments received since last bill

Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED



| 02/01/06 | LJH | | | |
| | | | 0.40 hrs | 68.00 |
| 02/10/06 | CRH | | | |
| | | | 1.00 hrs | 315.00 |
| | Total fees for this matter | | 1.40  hrs | $383.00 |
| | Total disbursements for this matter | | | $0.00 |

## BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Hammond, Clark R. | | 1.00 hrs | 315.00 /hr | $315.00 |
| Hill, Lindan J. | | 0.40 hrs | 170.00 /hr | $68.00 |
| | TOTAL FEES | 1.40 hrs | | $383.00 |

TOTAL CHARGES FOR THIS BILL                                          $383.00

NET BALANCE FORWARD

Double A Trailer Sales, Inc.              Bill No.    005728  ·  00002   ·  102626                                    Page 2

| | | |
|---|---|---|
| TOTAL FEES | 4.00 hrs | $680.00 |
| TOTAL DISBURSEMENTS | | $0.90 |
| | | ---------------------- |
| TOTAL CHARGES FOR THIS BILL | | $680.90 |
| NET BALANCE FORWARD | | ████████████ |
| | | ---------------------- |
| **TOTAL BALANCE NOW DUE** | | ████████████ |

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

January 31, 2006

Billed through 01/31/2006

Bill Number 005728-00002    -  102626    CRH

Street Asset Management, LLC
Attn: Chriss Street
1111 Bayside Drive
Suite 100
Corono Del Mar, CA  92625

Double A Trailer Sales, Inc.

Balance forward as of bill dated    12/31/2005
Payments received since last bill



Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 01/17/06 | LJH | ▮▮▮▮▮ | | |
| | | | 1.10 hrs | 187.00 |
| 01/24/06 | LJH | ▮▮▮▮▮ | | |
| | | | 2.50 hrs | 425.00 |
| 01/30/06 | LJH | ▮▮▮▮▮ | | |
| | | | 0.40 hrs | 68.00 |
| | Total fees for this matter | | 4.00  hrs | $680.00 |

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 01/31/06 | Photocopy expense | | 0.90 |
| | Total disbursements for this matter | | $0.90 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hill, Lindan J. | 4.00 hrs | 170.00 /hr | $680.00 |

Double A Trailer Sales, Inc.          Bill No.     005728  -   00002   -  101594                              Page 2

| | | |
|---|---|---|
| TOTAL FEES | 5.00 hrs | $1,250.00 |
| TOTAL DISBURSEMENTS | | $3.59 |
| | | -------------------- |
| TOTAL CHARGES FOR THIS BILL | | $1,253.59 |
| NET BALANCE FORWARD | | $0.00 |
| | | -------------------- |
| **TOTAL BALANCE NOW DUE** | | **$1,253.59** |

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

December 31, 2005

Billed through 12/31/2005

Bill Number 005728-00002    -  101594    CRH

Street Asset Management, LLC
Attn:  Chriss Street
1111 Bayside Drive, Suite 100
Corono Del Mar, CA  92625

Double A Trailer Sales, Inc.

Payments received since last bill                        

Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | | Hours | Amount |
|------|------|--|-------|--------|
| 12/12/05 | CRH | | 1.00 hrs | 310.00 |
| 12/20/05 | CRH | | 2.00 hrs | 620.00 |
| 12/30/05 | LJH | | 2.00 hrs | 320.00 |
| | Total fees for this matter | | 5.00  hrs | $1,250.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/05 | Photocopy expense | 3.30 |
| 12/31/05 | Long Distance Telephone | 0.29 |
| | Total disbursements for this matter | $3.59 |

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hammond, Clark R. | 3.00 hrs | 310.00 /hr | $930.00 |
| Hill, Lindan J. | 2.00 hrs | 160.00 /hr | $320.00 |

## JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

April 30, 2006

Billed through  04/30/2006

Bill Number 005728-00002     -  104775     CRH

Street Asset Management, LLC
Attn:  Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated     03/31/2006
Payments received since last bill



Net balance forward

### FOR PROFESSIONAL SERVICES RENDERED



| | | | hrs | |
|---|---|---|---|---|
| 04/10/06 | LJH | | | |
| | | | 0.80 hrs | 136.00 |
| 04/11/06 | LJH | | | |
| | | | 1.10 hrs | 187.00 |
| 04/12/06 | LJH | | | |
| | | | 0.60 hrs | 102.00 |
| 04/17/06 | LJH | | | |
| | | | 0.30 hrs | 51.00 |
| 04/18/06 | CRH | | | |
| | | | 0.50 hrs | 157.50 |
| 04/18/06 | LJH | | | |
| | | | 0.20 hrs | 34.00 |
| 04/19/06 | LJH | | | |
| | | | 1.80 hrs | 0.00 |
| 04/26/06 | LJH | | | |

Double A Trailer Sales, Inc.                Bill No.    005728   ·   00002   · 104775                Page 2

|  |  |  | 1.00 hrs | 170.00 |
|---|---|---|---|---|
| 04/27/06 | LJH | ▮▮▮▮▮▮ |  |  |
|  |  |  | 2.00 hrs | 340.00 |
|  | Total fees for this matter |  | 8.30 hrs | $1,177.50 |

**DISBURSEMENTS**

| 04/19/06 | Pacer Remote Access Charges |  | 1.44 |
|---|---|---|---|
| 04/30/06 | Photocopy expense |  | 50.85 |
|  | Total disbursements for this matter |  | $52.29 |

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Hammond, Clark R. | 0.50 hrs | 315.00 /hr | $157.50 |
| Hill, Lindan J. | 7.80 hrs | 130.77 /hr | $1,020.00 |
| TOTAL FEES | 8.30 hrs | | $1,177.50 |
| TOTAL DISBURSEMENTS | | | $52.29 |
| TOTAL CHARGES FOR THIS BILL | | | $1,229.79 |
| NET BALANCE FORWARD | | | |
| **TOTAL BALANCE NOW DUE** | | | |

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

May 31, 2006

Billed through  05/31/2006

Bill Number 005728-00002    -   105201    CRH

Street Asset Management, LLC
Attn:  Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    04/30/2006
Payments received since last bill



Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED

| Date | | | Hrs | Amount |
|---|---|---|---|---|
| 05/01/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 0.10 hrs | 17.00 |
| 05/05/06 | CRH | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 0.50 hrs | 157.50 |
| 05/16/06 | LJH | ▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 0.60 hrs | 102.00 |
| 05/22/06 | LJH | ▓▓▓▓▓▓ | | |
| | | | 0.40 hrs | 68.00 |
| 05/25/06 | LJH | ▓▓▓▓▓▓▓ | | |
| | | | 0.40 hrs | 68.00 |
| 05/31/06 | LJH | ▓▓▓▓▓ | | |
| | | | 0.10 hrs | 17.00 |
| | Total fees for this matter | | 2.10  hrs | $429.50 |

## DISBURSEMENTS

| Date | | Amount |
|---|---|---|
| 05/31/06 | Long Distance Telephone | 0.46 |
| | Total disbursements for this matter | $0.46 |

Double A Trailer Sales, Inc.          Bill No.      005728   -   00002    -   105201                          Page 2

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hammond, Clark R. | 0.50 hrs | 315.00 /hr | $157.50 |
| Hill, Lindan J. | 1.60 hrs | 170.00 /hr | $272.00 |

|  |  |  |
|---|---|---|
| TOTAL FEES | 2.10 hrs | $429.50 |
| TOTAL DISBURSEMENTS | | $0.46 |

------------------------

| | |
|---|---|
| TOTAL CHARGES FOR THIS BILL | $429.96 |
| NET BALANCE FORWARD | ▮▮▮ |

**TOTAL BALANCE NOW DUE** ▮▮▮▮

## JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

June 30, 2006

Billed through 06/30/2006

Bill Number 005728-00002    -  106176    CRH

Street Asset Management, LLC
Attn: Chriss Street
25 Pinehurst Lane
New Port Beach, CA 92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    05/31/2006
Payments received since last bill

Net balance forward



### FOR PROFESSIONAL SERVICES RENDERED

| Date | | | hrs | Amount |
|------|---|---|-----|--------|
| 06/01/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| 06/06/06 | LJH | ▮▮▮▮▮▮▮▮ | 0.10 hrs | 17.00 |
| 06/07/06 | LJH | ▮▮▮▮▮▮▮▮ | 0.10 hrs | 17.00 |
| 06/08/06 | LJH | ▮▮▮▮▮▮▮▮ | 0.20 hrs | 34.00 |
| 06/09/06 | CRH | ▮▮▮▮▮▮▮▮ | 4.50 hrs | 765.00 |
| 06/09/06 | LJH | ▮▮▮▮▮▮▮▮ | 1.00 hrs | 315.00 |
| 06/13/06 | LJH | ▮▮▮▮▮▮▮▮ | 4.80 hrs | 816.00 |
| 06/14/06 | LJH | ▮▮▮▮▮▮▮▮ | 1.90 hrs | 323.00 |

Double A Trailer Sales, Inc.          Bill No.    005728  -  00002    -  106176                                                    Page 2

|            |     |                                | 6.30 hrs | 1,071.00 |
|------------|-----|                                |----------|----------|
| 06/15/06   | CRH |                                |          |          |
|            |     |                                | 0.50 hrs | 157.50   |
| 06/15/06   | LJH |                                |          |          |
|            |     |                                | 4.80 hrs | 816.00   |
| 06/17/06   | LJH |                                |          |          |
|            |     |                                | 0.60 hrs | 102.00   |
| 06/19/06   | LJH |                                |          |          |
|            |     |                                | 0.70 hrs | 119.00   |

| Total fees for this matter | 25.50  hrs | $4,552.50 |
|----------------------------|------------|-----------|

## DISBURSEMENTS

06/30/06    Long Distance Telephone                                                                 0.17

Total disbursements for this matter                                                        $0.17

## BILLING SUMMARY

| Hammond, Clark R. | 1.50 hrs | 315.00 /hr | $472.50   |
|-------------------|----------|------------|-----------|
| Hill, Lindan J.   | 24.00 hrs | 170.00 /hr | $4,080.00 |

| TOTAL FEES | 25.50 hrs | : | $4,552.50 |
|------------|-----------|---|-----------|
| TOTAL DISBURSEMENTS | | | $0.17 |

--------------------

TOTAL CHARGES FOR THIS BILL                                         $4,552.67

NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

July 31, 2006

Billed through 07/31/2006

Bill Number 005728-00002    -  106792    CRH

Street Asset Management, LLC
Attn:  Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    06/30/2006
Payments received since last bill

Net balance forward



## FOR PROFESSIONAL SERVICES RENDERED



| Date | | | hrs | Amount |
|------|------|---|---|---|
| 07/07/06 | LJH | | | |
| | | | 1.60 hrs | 272.00 |
| 07/11/06 | CRH | | | |
| | | | 1.50 hrs | 472.50 |
| 07/16/06 | CRH | | | |
| | | | 1.00 hrs | 315.00 |
| 07/17/06 | CRH | | | |
| | | | 0.50 hrs | 157.50 |
| 07/17/06 | LJH | | | |
| | | | 5.20 hrs | 884.00 |
| 07/18/06 | CRH | | | |
| | | | 3.00 hrs | 945.00 |
| 07/19/06 | CRH | | | |
| | | | 4.00 hrs | 1,260.00 |
| 07/20/06 | CRH | | | |

Double A Trailer Sales, Inc.                    Bill No.    005728  -  00002    -  106792                              Page 2

| Date | | | Hours | Amount |
|---|---|---|---|---|
| | | | 2.50 hrs | 787.50 |
| 07/21/06 | CRH | | | |
| | | | 2.00 hrs | 630.00 |
| 07/24/06 | LJH | | | |
| | | | 0.40 hrs | 68.00 |
| 07/26/06 | CRH | | | |
| | | | 2.50 hrs | 787.50 |
| 07/26/06 | LJH | | | |
| | | | 2.20 hrs | 374.00 |
| 07/28/06 | LJH | | | |
| | | | 0.60 hrs | 102.00 |
| 07/31/06 | LJH | | | |
| | | | 0.40 hrs | 68.00 |
| | Total fees for this matter | | 27.40 hrs | $7,123.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 07/20/06 | Pacer Remote Access Charges | 32.56 |
| 07/27/06 | | 45.00 |
| 07/27/06 | | 46.29 |
| 07/31/06 | Photocopy expense | 0.45 |
| 07/31/06 | Long Distance Telephone | 3.65 |
| | Total disbursements for this matter | $127.95 |

**BILLING SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Hammond, Clark R. | 17.00 hrs | 315.00 /hr | $5,355.00 |
| Hill, Lindan J. | 10.40 hrs | 170.00 /hr | $1,768.00 |
| TOTAL FEES | 27.40 hrs | | $7,123.00 |
| TOTAL DISBURSEMENTS | | | $127.95 |

TOTAL CHARGES FOR THIS BILL                    $7,250.95

NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

August 31, 2006

Billed through 08/31/2006

Bill Number 005728-00002    -    107427    CRH

Street Asset Management, LLC
Attn: Chriss Street
25 Pinehurst Lane
New Port Beach, CA 92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    07/31/2006
Payments received since last bill



Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED



| Date | Atty | | Hours | Amount |
|---|---|---|---|---|
| 08/02/06 | LJH | | | |
| | | | 0.60 hrs | 102.00 |
| 08/03/06 | LJH | | | |
| | | | 0.20 hrs | 34.00 |
| 08/04/06 | CRH | | | |
| | | | 4.50 hrs | 1,417.50 |
| 08/04/06 | LJH | | | |
| | | | 6.30 hrs | 1,071.00 |
| 08/05/06 | LJH | | | |
| | | | 5.60 hrs | 952.00 |
| 08/06/06 | CRH | | | |
| | | | 8.00 hrs | 2,520.00 |



| Double A Trailer Sales, Inc. | | Bill No. | 005728 - 00002 - 107427 | | Page 2 |
|---|---|---|---|---|---|
| 08/06/06 | LJH | | | | |
| | | | 3.70 hrs | | 629.00 |
| 08/07/06 | CRH | | | | |
| | | | 9.00 hrs | | 2,835.00 |
| 08/07/06 | LJH | | | | |
| | | | 8.20 hrs | | 1,394.00 |
| 08/08/06 | CRH | | | | |
| | | | 0.50 hrs | | 157.50 |
| 08/08/06 | LJH | | | | |
| | | | 1.20 hrs | | 204.00 |
| 08/09/06 | CRH | | | | |
| | | | 0.30 hrs | | 94.50 |
| 08/09/06 | CRH | | | | |
| | | | 3.00 hrs | | 945.00 |
| 08/09/06 | LJH | | | | |
| | | | 1.10 hrs | | 187.00 |
| 08/10/06 | LJH | | | | |
| | | | 0.70 hrs | | 119.00 |
| 08/11/06 | CRH | | | | |
| | | | 0.50 hrs | | 157.50 |
| 08/11/06 | LJH | | | | |
| | | | 0.10 hrs | | 17.00 |
| 08/14/06 | LJH | | | | |
| | | | 4.90 hrs | | 833.00 |
| 08/15/06 | LJH | | | | |
| | | | 5.30 hrs | | 901.00 |
| 08/16/06 | LJH | | | | |
| | | | 0.40 hrs | | 68.00 |
| 08/17/06 | CRH | | | | |
| | | | 0.70 hrs | | 220.50 |
| 08/17/06 | LJH | | | | |
| | | | 5.20 hrs | | 884.00 |
| 08/18/06 | CRH | | | | |

Double A Trailer Sales, Inc.          Bill No.    005728  -  00002    - 107427                    Page 3

|            |     |          |            |
|------------|-----|----------|------------|
|            |     | 2.00 hrs | 630.00     |
| 08/18/06   | LJH |          |            |
|            |     | 3.70 hrs | 629.00     |
| 08/22/06   | LJH |          |            |
|            |     | 2.10 hrs | 357.00     |
| 08/24/06   | CRH |          |            |
|            |     | 1.00 hrs | 315.00     |
| 08/25/06   | LJH |          |            |
|            |     | 3.20 hrs | 544.00     |
| 08/28/06   | LJH |          |            |
|            |     | 4.10 hrs | 697.00     |
| 08/30/06   | CRH |          |            |
|            |     | 8.00 hrs | 2,520.00   |
| 08/30/06   | LJH |          |            |
|            |     | 6.80 hrs | 1,156.00   |
| 08/31/06   | CRH |          |            |
|            |     | 8.00 hrs | 2,520.00   |
| 08/31/06   | LJH |          |            |
|            |     | 0.90 hrs | 153.00     |

|                          |            |            |
|--------------------------|------------|------------|
| Total fees for this matter | 109.80  hrs | $25,263.50 |

**DISBURSEMENTS**

| 08/28/06 | Pacer Remote Access Charges |        |
|----------|-----------------------------|--------|
| 08/28/06 | Pacer Remote Access Charges | 23.28  |
| 08/31/06 | Photocopy expense           | 265.65 |
| 08/31/06 | Long Distance Telephone     | 7.01   |

|                                    |          |
|------------------------------------|----------|
| Total disbursements for this matter | $295.94  |

**BILLING SUMMARY**

|                  |            |             |             |
|------------------|------------|-------------|-------------|
| Hammond, Clark R. | 45.50 hrs  | 315.00 /hr  | $14,332.50  |
| Hill, Lindan J.   | 64.30 hrs  | 170.00 /hr  | $10,931.00  |

|                        |             |             |
|------------------------|-------------|-------------|
| TOTAL FEES             | 109.80 hrs  | $25,263.50  |
| TOTAL DISBURSEMENTS     |             | $295.94     |
| TOTAL CHARGES FOR THIS BILL |         | $25,559.44  |

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

September 30, 2006

Billed through 09/30/2006

Bill Number 005728-00002    -  108137    CRH

Street Asset Management, LLC
Attn: Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    08/31/2006
Payments received since last bill

Net balance forward



## FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | | hrs | Amount |
|---|---|---|---|---|
| 09/01/06 | CRH | | 8.00 hrs | 2,520.00 |
| 09/05/06 | CRH | | 2.50 hrs | 787.50 |
| 09/05/06 | CRH | | 1.50 hrs | 472.50 |
| 09/06/06 | CRH | | 4.50 hrs | 1,417.50 |
| 09/08/06 | LJH | | 2.40 hrs | 408.00 |
| 09/11/06 | CRH | | 2.00 hrs | 630.00 |
| 09/11/06 | LJH | | 1.50 hrs | 255.00 |
| 09/12/06 | LJH | | | |



Double A Trailer Sales, Inc.                Bill No.    005728    ·    00002      ‑    108137                                  Page 2

| Date | Atty | | Hours | Amount |
|------|------|---|------|--------|
| | | | 0.30 hrs | 51.00 |
| 09/13/06 | CRH | ███████████ | | |
| | | | 0.20 hrs | 63.00 |
| 09/13/06 | CRH | ███████████ | | |
| | | | 0.20 hrs | 63.00 |
| 09/13/06 | CRH | ███████████ | | |
| | | | 3.00 hrs | 945.00 |
| 09/13/06 | LJH | ███████ | | |
| | | | 5.10 hrs | 867.00 |
| 09/14/06 | CRH | ██████ | | |
| | | | 0.20 hrs | 63.00 |
| 09/21/06 | LJH | █████████████ | | |
| | | | 0.60 hrs | 102.00 |
| 09/24/06 | LJH | ████████████ | | |
| | | | 2.20 hrs | 374.00 |
| 09/25/06 | LJH | ████████████ | | |
| | | | 0.90 hrs | 153.00 |
| 09/26/06 | LJH | █████████████████ | | |
| | | | 1.20 hrs | 204.00 |
| 09/27/06 | CRH | █████████████████ | | |
| | | | 1.00 hrs | 315.00 |
| 09/27/06 | LJH | ████████████ | | |
| | | | 11.60 hrs | 1,972.00 |
| 09/28/06 | CRH | ███████ | | |
| | | | 5.00 hrs | 1,575.00 |
| 09/28/06 | LJH | ████████████ | | |
| | | | 7.70 hrs | 1,309.00 |
| 09/29/06 | CRH | ████████ | | |
| | | | 4.50 hrs | 1,417.50 |
| 09/29/06 | LJH | ████████████ | | |
| | | | 5.20 hrs | 884.00 |
| | Total fees for this matter | | 71.30 hrs | $16,848.00 |

## DISBURSEMENTS

| 09/19/06 | Mileage - LJH - roundtrip travel to Montgomery, Alabama from Birmingham on September 13, 2006 for document inspection re: Dorsey Trailer (177.5 miles @ $0.445/mi) | 78.99 |
|---|---|---|
| 09/20/06 | Outside Copy Charges ███████████████ copies of records produced pursuant to subpoena and research time to re: same | 56.05 |
| 09/21/06 | Pacer Remote Access Charges | 24.64 |

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

October 31, 2006

Billed through 10/31/2006

Bill Number 005728-00002  -  108768    CRH

Street Asset Management, LLC
Attn: Chriss Street
25 Pinehurst Lane
New Port Beach, CA 92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    09/30/2006
Payments received since last bill

Net balance forward

## FOR PROFESSIONAL SERVICES RENDERED



| Date | Initials | | Hours | Amount |
|------|----------|--|-------|--------|
| 10/03/06 | CRH | | 7.00 hrs | 2,205.00 |
| 10/03/06 | CRH | | 0.70 hrs | 220.50 |
| 10/03/06 | LJH | | 1.20 hrs | 204.00 |
| 10/04/06 | LJH | | 2.10 hrs | 357.00 |
| 10/05/06 | LJH | | 3.90 hrs | 663.00 |
| 10/06/06 | LJH | | 1.80 hrs | 306.00 |
| 10/09/06 | LJH | | 2.30 hrs | 391.00 |

| Double A Trailer Sales, Inc. | Bill No. 005728 - 00002 - 108137 | Page 3 |
|---|---|---|

| | | |
|---|---|---|
| 09/25/06 | Deposition Transcript - Mike Mobley Reporting - transcript of the deposition of James H. Stroh taken on September 1, 2006 | 1,025.55 |
| 09/25/06 | Deposition Transcript - Mike Mobley Reporting - transcript of the deposition of Mike Wannemacher taken on August 31, 2006 | 1,440.85 |
| 09/26/06 | Research Services - Fifth Third Bank Legal Entry - subpoena research re: Double A, Dorsey, Chriss Street | 22.70 |
| 09/28/06 | Outside Copy Charges - Enterprise Office Supply - copies of documents | 75.10 |
| 09/28/06 | Mileage - LJH - roundtrip travel to Elba - Enterprise, Alabama from Birmingham on September 27, 2006 to obtain copies of documents (391.2 miles @ $0.445/mi) | 174.08 |
| 09/30/06 | Photocopy expense | 13.65 |
| 09/30/06 | Long Distance Telephone | 4.79 |

Total disbursements for this matter $2,916.40

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hammond, Clark R. | 32.60 hrs | 315.00 /hr | $10,269.00 |
| Hill, Lindan J. | 38.70 hrs | 170.00 /hr | $6,579.00 |

| | | |
|---|---|---|
| TOTAL FEES | 71.30 hrs | $16,848.00 |
| TOTAL DISBURSEMENTS | | $2,916.40 |

TOTAL CHARGES FOR THIS BILL $19,764.40

NET BALANCE FORWARD ███████████

TOTAL BALANCE NOW DUE ███████████

| Double A Trailer Sales, Inc. | | Bill No. | 005728 | - | 00002 | - | 108768 | | Page 2 |

| Date | Init. | | Hrs | Amount |
|------|-------|---|-----|--------|
| 10/10/06 | CRH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 4.00 hrs | 1,260.00 |
| 10/10/06 | CRH | ▓▓▓▓▓▓ | | |
| | | | 0.50 hrs | 157.50 |
| 10/10/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 6.10 hrs | 1,037.00 |
| 10/11/06 | CRH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 3.00 hrs | 945.00 |
| 10/12/06 | LJH | ▓▓▓▓▓▓▓▓▓ | | |
| | | | 6.40 hrs | 1,088.00 |
| 10/13/06 | CRH | ▓▓▓▓▓▓▓ | | |
| | | | 0.40 hrs | 126.00 |
| 10/13/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 7.30 hrs | 1,241.00 |
| 10/15/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 2.20 hrs | 374.00 |
| 10/16/06 | CRH | ▓▓▓▓▓ | | |
| | | | 6.00 hrs | 1,890.00 |
| 10/16/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 3.80 hrs | 646.00 |
| 10/17/06 | CRH | ▓▓▓▓▓ | | |
| | | | 6.50 hrs | 2,047.50 |
| 10/17/06 | LJH | ▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 10.20 hrs | 1,734.00 |
| 10/18/06 | CRH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 9.00 hrs | 2,835.00 |
| 10/18/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 11.50 hrs | 1,955.00 |
| 10/19/06 | CRH | ▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 9.00 hrs | 2,835.00 |
| 10/19/06 | LJH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | | | 8.90 hrs | 1,513.00 |
| 10/20/06 | CRH | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |

Double A Trailer Sales, Inc.                    Bill No.        005728   -   00002      -  108768                    Page 3

| Date | Staff | | Hours | Amount |
|------|-------|------|-------|--------|
| | | | 4.00 hrs | 1,260.00 |
| 10/20/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| | | | 6.80 hrs | 1,156.00 |
| 10/21/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| | | | 6.00 hrs | 1,020.00 |
| 10/22/06 | CRH | ▮▮▮▮▮▮▮▮ | | |
| | | | 9.00 hrs | 2,835.00 |
| 10/22/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| | | | 13.00 hrs | 2,210.00 |
| 10/23/06 | CRH | ▮▮▮▮▮▮▮▮ | | |
| | | | 10.00 hrs | 3,150.00 |
| 10/23/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| | | | 10.50 hrs | 1,785.00 |
| 10/24/06 | CRH | ▮▮▮▮▮▮▮▮ | | |
| | | | 7.00 hrs | 2,205.00 |
| 10/24/06 | LJH | ▮▮▮▮▮▮▮▮ | | |
| | | | 3.10 hrs | 527.00 |

| | | | |
|---|---|---|---|
| Total fees for this matter | | 183.20 hrs | $42,178.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/06 | U.S. District Court, Middle District of Alabama - Filing Fee for Motion for Pro Hac Vice Admission | 20.00 |
| 10/13/06 | Lexis Research | 11.20 |
| 10/13/06 | Lexis Research | 10.01 |
| 10/17/06 | Pacer Remote Access Charges | 19.36 |
| 10/24/06 | Mileage - GE - travel 184 miles on 10/24/2006 to Montgomery, Alabama to pick up jury info for CRH | 81.88 |
| 10/31/06 | Photocopy expense | 20.40 |
| 10/31/06 | Long Distance Telephone | 6.22 |
| | Total disbursements for this matter | $169.07 |

## BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Hammond, Clark R. | 76.10 hrs | 315.00 /hr | $23,971.50 |
| Hill, Lindan J. | 107.10 hrs | 170.00 /hr | $18,207.00 |
| TOTAL FEES | 183.20 hrs | | $42,178.50 |
| TOTAL DISBURSEMENTS | | | $169.07 |

Double A Trailer Sales, Inc.                Bill No.    005728  -  00002  -  108768                                    Page 4

--------------------

## TOTAL CHARGES FOR THIS BILL                                    $42,347.57
## NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**

# JOHNSTON BARTON PROCTOR & POWELL LLP

2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Telephone (205) 458-9400
Fax Number (205) 458-9500
Federal ID #63-0330247

November 30, 2006

Billed through 11/30/2006

Bill Number 005728-00002    -  109430    CRH

Street Asset Management, LLC
Attn: Chriss Street
25 Pinehurst Lane
New Port Beach, CA  92660

Double A Trailer Sales, Inc.

Balance forward as of bill dated    10/31/2006
Payments received since last bill

Net balance forward



| | | |
|---|---|---|
| Total fees for this matter | 0.00  hrs | $0.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 11/01/06 | Deposition Transcript - Paulson Reporting & Litigation Services - transcript of the deposition of Chriss Street taken on July 12, 2006 | 418.77 |
| 11/21/06 | Pacer Remote Access Charges | 5.60 |
| | Total disbursements for this matter | $424.37 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL DISBURSEMENTS | $424.37 |
| | -------------------- |
| TOTAL CHARGES FOR THIS BILL | $424.37 |
| NET BALANCE FORWARD | |
| **TOTAL BALANCE NOW DUE** | |



JS 44　(Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)**

| PLAINTIFFS | DEFENDANTS |
|---|---|
| **CHRISS W. STREET** | **THE END OF THE ROAD TRUST AND AMERICAN TRAILER INDUSTRIES, INC.** |

**(b)** County of Residence of First Listed Plaintiff　Orange County, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:　IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
**SEE ATTACHMENT**

Attorneys (If Known)
**SEE ATTACHMENT**

## II. BASIS OF JURISDICTION　(Place an "X" in One Box Only)

| | |
|---|---|
| 1　U.S. Government Plaintiff | **X** 3　Federal Question (U.S. Government Not a Party) |
| 2　U.S. Government Defendant | 4　Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | **X** 4 |
| Citizen of Another State | **X** 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT　(Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury — Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| **X** 190 Other Contract | 360 Other Personal | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 870 Taxes (U.S. Plaintiff | 894 Energy Allocation Act |
| 245 Tort Product Liability | 445 Amer. w/ Disabilities Employment | 540 Mandamus & Other | 791 Empl. Ret. Inc. | or Defendant) | 895 Freedom of Information Act |
| 290 All Other Real Property | 446 Amer. w/ Disabilities - Other | 550 Civil Rights | Security Act | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| | 440 Other Civil Rights | 555 Prison Condition | | | 950 Constitutionality of State Statutes |

## V. ORIGIN　(PLACE AN "X" IN ONE BOX ONLY)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Original Proceeding | **X** 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multidistrict Litigation | 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):　40 U.S.C. § 3133 and 28 U.S.C. § 1332
Brief description of cause:　Recovery of payment on construction contract.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $　Appoint umpire
CHECK YES only if demanded in complaint:
JURY DEMAND:　Yes　**X** No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE　　　　DOCKET NUMBER

DATE　February 2, 2007

SIGNATURE OF ATTORNEY OF RECORD
s/David L. Finger (DE #2556)

**FOR OFFICE USE ONLY**

RECEIPT #　　AMOUNT　　APPLYING IFP　　JUDGE　　MAG. JUDGE

ATTACHMENT TO CIVIL COVER SHEET OF THE END OF THE ROAD TRUST AND AMERICAN
TRAILER INDUSTRIES, INC.

| Counsel for Plaintiff Chriss W. Street | |
| --- | --- |
| Edmond D. Johnson (Del. Bar No # 2257)<br>Phillip T. Mellet (Del. Bar No # 4741)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100,<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899<br>Telephone: (302) 777-6500 | Neil B. Glassman (Del. Bar No # 2087)<br>Peter B. Ladig (Del. Bar No # 3513)<br>The Bayard Firm<br>222 Delaware Avenue<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>Telephone: (302) 655-5000 |

| Counsel for Defendants The End of the Road Trust and American Trailer Industries, Inc. | |
| --- | --- |
| David L. Finger (Del. Bar No # 2556)<br>FINGER & SLANINA, LLC<br>One Commerce Center<br>1201 Orange Street, Suite 725<br>Wilmington, DE 19801-1155<br>Telephone: (302) 884-6766 | Robert T. Kugler (MN #194116)<br>Jacob B. Sellers (MN #348879)<br>LEONARD, STREET AND DEINARD<br>  *Professional Association*<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN  55402<br>Telephone: (612) 335-1500 |

3673672.1

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _ 0 7 - _ 6 5 _



## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____3_____ COPIES OF AO FORM 85.

FEB - 2 2007
_____            _____
(Date forms issued)                  (Signature of Party or their Representative)

_____
DAVID L LINGER
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action