IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>                        Plaintiff,<br><br>      v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>                        Defendants. | CIVIL ACTION NO. 07-65 |

### PLAINTIFF CHRISS W. STREET'S STATEMENT PURSUANT TO RULE 9027(E)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Plaintiff Chriss W. Street ("Street"), by and through his undersigned counsel, pursuant to Rule 9026(e)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby states that the above-captioned action was purportedly removed, in part, on the basis of Bankruptcy jurisdiction. To the extent that Bankruptcy jurisdiction exists, this is a non-core proceeding. Street does not consent to entry of a final order or judgment by the Bankruptcy Court.

Dated: February 12, 2007

                                                                             /s/ Edmond D. Johnson
                                                                             Edmond D. Johnson (No. 2257)
                                                                             Phillip T. Mellet (No. 4741)
                                                                             PEPPER HAMILTON LLP
                                                                             Hercules Plaza, Suite 5100
                                                                             1313 N. Market Street
                                                                             Wilmington, DE  19899-1709

                                                                             -and-

                                                                             Neil B. Glassman (No. 2087)
                                                                             Peter B. Ladig (No. 3513)
                                                                             Ashley B. Stitzer (No. 3891)
                                                                             THE BAYARD FIRM
                                                                             222 Delaware Avenue
                                                                             Wilmington, DE 19899

                                                                             Attorneys for Chriss W. Street

#8314852 v1

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on February 12, 2007 a true and correct copy of the foregoing *Plaintiff Chriss W. Street's Statement Pursuant To Rule 9027(e)(3) of the Federal Rules of Bankruptcy Procedure* was served upon the following parties in the manner indicated:

**VIA HAND DELIVERY**:

    David L. Finger, Esquire
    FINGER & SLANINA, LLC
    Once Commerce Center
    1201 Orange Street, Ste. 725
    Wilmington, DE 19801-1155

                                           _____
                                           Edmond D. Johnson (Del. Bar No. 2257)