IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>  Plaintiff,<br><br>v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 07-65 *** |

**PETITIONER CHRISS W. STREET'S MOTION TO REMAND TO COURT OF
CHANCERY OF THE STATE OF DELAWARE OR FOR ABSTENTION
<u>UNDER 28 U.S.C. § 1334(C)</u>**

Chriss W. Street moves this Court under 28 U.S.C. § 1447(c) to remand this case to the Court of Chancery of the State of Delaware. The grounds for this motion are set out in Chriss W. Street's Memorandum in Support of Motion to Remand to Court of Chancery of the State of Delaware or for Abstention Under 28 U.S.C. § 1334 (c) filed contemporaneously herewith.

WHEREFORE, Petitioner Chriss W. Street asks that this Court enter an Order: (1) remanding this matter to the Court of Chancery for lack of jurisdiction or; (2) enter an Order abstaining from taking jurisdiction of this matter and remanding it to the Court of Chancery of the State of Delaware; and (3) grant Chriss W. Street his fees and costs associated with the removal of this action and this motion.

#8320779 v1

-2-

Dated: February 14, 2007

_____
Edmond D. Johnson (No. 2257)
Phillip T. Mellet (No. 4741
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

- and -

Neil B. Glassman (No. 2087)
Peter B. Ladig (No. 3513)
Ashley B. Stitzer (No. 3891)
THE BAYARD FIRM
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Chriss W. Street

## CERTIFICATE OF SERVICE

I, Edmond D. Johnson, hereby certify that on February 14, 2007 a true and correct copy of the foregoing *Petitioner Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or For Abstention Under 28 U.S.C. § 1334(c)* was served upon the following parties in the manner indicated:

**VIA HAND DELIVERY:**

    David L. Finger, Esquire
    FINGER & SLANINA, LLC
    Once Commerce Center
    1201 Orange Street, Ste. 725
    Wilmington, DE 19801-1155

_____
Edmond D. Johnson (Del. Bar No. 2257)

#8320779 v1