IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISS W. STREET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-65 *** |
| | ) | |
| THE END OF THE ROAD TRUST and | ) | |
| AMERICAN TRAILER INDUSTRIES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert W. Kugler, Esq., to represent The End Of The Road Trust and American Trailer Industries, Inc. in this matter.

Dated: February 26, 2007

                                                                                   Respectfully submitted,

                                                                                   /s/ David L. Finger
                                                                                   David L. Finger (DE Bar ID #2556)
                                                                                   Finger & Slanina, LLC
                                                                                   One Commerce Center
                                                                                   1201 Orange Street, Suite 725
                                                                                   Wilmington, DE 19801-1155
                                                                                   (302) 884-6766
                                                                                   Attorney for defendants The End Of The Road Trust and American Trailer Industries, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
                                                             J.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Minnesota and Wisconsin and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

                                            _____
                                            Robert T. Kugler
                                            Leonard Street and Deinard
                                            150 South Fifth Street, Suite 2300
                                            Minneapolis, MN 55402
                                            (612) 335-1645

Date:

**CERTIFICATE OF SERVICE**

     I, David L. Finger, hereby certify that on this 28th day of February, 2007, I electronically filed a Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Edmond D. Johnson, Esq.
> Pepper Hamilton LLP
> 1313 Market Street, Suite 5100
> Wilmington, DE 19801

> /s/ David L. Finger
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766