**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**


CHRISS W. STREET,                          CIVIL ACTION NO: 07-65 ***

                    Plaintiff,

v.

THE END OF THE ROAD TRUST AND
AMERICAN TRAILER INDUSTRIES, INC.,

                    Defendants.


**DEFENDANTS THE END OF THE ROAD TRUST AND AMERICAN TRAILER
INDUSTRIES, INC.'S APPLICATION FOR ORAL ARGUMENT IN
CONNECTION WITH PLAINTIFF CHRISS W. STREET'S MOTION TO
REMAND TO COURT OF CHANCERY OF THE STATE OF DELAWARE OR
FOR ABSTENTION UNDER 28 U.S.C. § 1334(c)**

Pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the

United States District Court for the District of Delaware, Defendants The End of the

Road Trust and American Trailer Industries, Inc. hereby request that the Court hold oral

argument in connection with Plaintiff Chriss W. Street's Motion to Remand to Court of

Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c).

Dated: **MARCH 12, 2007**
Wilmington, Delaware

                              Respectfully submitted,



                              */s/ David L. Finger*_____
                              David L. Finger (DE Bar ID # 2556)
                              Finger & Slanina, LLC
                              One Commerce Center
                              1201 Orange Street, Suite 725
                              Wilmington, DE 19801-1155
                              (302) 884-6766

                              - and -

**LEONARD, STREET AND DEINARD**
 *Professional Association*
Robert T. Kugler (MN #194116)
Jacob B. Sellers (MN #348879)
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone:   (612) 335-1500
Facsimile:  (612) 335-1657

**ATTORNEYS FOR RESPONDENTS
THE END OF THE ROAD TRUST AND
AMERICAN TRAILER INDUSTRIES,
INC.**

## <u>CERTIFICATE OF SERVICE</u>

I, David L. Finger, hereby certify that on this 12th day of March, 2007, I electronically filed

a the foregoing document with the Clerk of the Court using CM/ECF, which will send notification

of such filing to the following:

> Edmond D. Johnson, Esq.
> Pepper Hamilton LLP
> 1313 Market Street, Suite 5100
> Wilmington, DE 19801

> /s/ David L. Finger
> _____
> David L. Finger (DE Bar ID #2556)
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155
> (302) 884-6766