IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET, | CIVIL ACTION NO: 07-65 *** |
| Plaintiff, | |
| v. | |
| THE END OF THE ROAD TRUST AND AMERICAN TRAILER INDUSTRIES, INC., | |
| Defendants. | |

**PROPOSED ORDER**

On this _12_ day of _March_ 2007, having considered the request of Defendants The End of the Road Trust and American Trailer Industries, Inc. (collectively "Defendants") to file a surreply brief in opposition to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c), and having found good cause therefore, **IT IS HEREBY ORDERED THAT**:

1.  Defendants' Motion for Leave to File a Surreply Brief in Opposition to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) is **GRANTED**.

2.  The brief attached to Defendants' Motion for Leave to File a Surreply Brief in Opposition to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) shall constitute said brief and no additional filing shall be required.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

3720676.1