# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4242
astitzer@bayardfirm.com

March 16, 2007

**VIA HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

RE: *Chriss W. Street v. The End of the Road Trust, American Trailer Industries Inc*, Case No. 07-65 (***)

Dear Magistrate Judge Thynge:

In response to Defendants The End of the Road Trust and American Trailer Industries, Inc.'s Motion for Leave to File a Surreply (the "Surreply") in Opposition to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) (the "Motion") and the Order granting the Motion, I write to advise the Court that Plaintiff Chriss W. Street intends to file a motion for leave to respond to the Surreply no later than March 19, 2007.

As always, I am available should the Court have any questions or concerns.

Respectfully submitted,

Ashley B. Stitzer

ABS/

cc: David L. Finger, Esquire (via hand delivery)
    Robert T. Kugler, Esquire (via facsimile)
    Neil B. Glassman, Esquire (via electronic mail)
    Edmond D. Johnson, Esquire (via electronic mail)

File No. #24162-2

654677-1