IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 07-65 |

**PLAINTIFF'S WAIVER OF RIGHT TO FILE RESPONSE TO
HIS UNANSWERED MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANTS' SURRPEPLY TO MOTION TO REMAND
TO COURT OF CHANCERY OF THE STATE OF DELAWARE
OR FOR ABSTENTION UNDER 28 U.S.C. § 1334(c) [Docket No. 16]**

1.　On March 19, 2007, Plaintiff Chriss W. Street ("Plaintiff") filed the Motion for Leave to File Response to Defendants' Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery for the State of Delaware or for Abstention Under 28 U.S.C. § 1334(c) [Docket No. 16] ("Motion for Surreply").

2.　The deadline for the Defendants to file a response to the Motion for Surreply was April 2, 2007.

3.　To date, the Defendants have not filed a response to the Motion for Surreply.

4.　The Plaintiff hereby waives his right to file a reply regarding the Motion for Surreply.

5.　The Plaintiff respectfully requests that the Court enter an order approving the Motion for Surreply at its earliest convenience.

656291-1

Dated: April 3, 2007

_____
Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
THE BAYARD FIRM
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

- and -

Edmond D. Johnson (No. 2257)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE   19899-1709
(302) 777-6500

Attorneys for Chriss W. Street

## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 3rd day of April, 2007, I caused a copy of the foregoing **Plaintiff's Waiver of Right to File Response to His Unanswered Motion for Leave to File Response to Defendants' Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery for the State of Delaware or for Abstention Under 28 U.S.C. § 1334(c)** to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

**VIA FIRST CLASS MAIL**

Robert T. Kugler, Esquire
Jacob B. Sellers, Esquire
Leonard, Street and Deinard, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

_/s/ Ashley B. Stitzer_
Ashley B. Stitzer (No. 3891)