IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO. 07-65 |

**CERTIFICATION OF COMPLETION OF BRIEFING OF
PLAINTIFF'S MOTION TO REMAND TO COURT OF CHANCERY OF THE
STATE OF DELAWARE OR FOR ABSTENTION UNDER 28 U.S.C. § 1334(c)**

I, Ashley B. Stitzer, Esquire, counsel for Plaintiff Chriss W. Street ("Plaintiff"), hereby certify the following:

1. On February 14, 2007, the Plaintiff filed and served on the Defendants The End of the Road Trust and American Trailer Industries, Inc., (collectively, the "Defendants") the Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) [Docket No. 5] (the "Motion to Remand") and the Memorandum of Law in Support of Plaintiff's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) [Docket No. 6].

2. On February 28, 2007, the Defendants filed the Answering Brief in Opposition to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) [Docket No. 8].

3. On March 7, 2007, the Plaintiff filed the Reply Memorandum in Support of Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) [Docket No. 10].

4. On March 12, 2007, the Defendants filed the Motion for Leave to File Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c) ("Defendants' Motion for Surreply"). On that same date, the Court granted the Defendants' Motion for Surreply.

5. On March 19, 2007, the Plaintiff filed the Motion for Leave to File Response to Defendants' Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery for the State of Delaware or for Abstention Under 28 U.S.C. § 1334(c) [Docket No. 16] ("Plaintiff's Motion for Surreply").

6. The Defendants' deadline to file a response to the Plaintiff's Motion for Surreply expired on April 2, 2007.

7. On April 3, 2007, the Plaintiff filed the Waiver of Right to File Response to His Unanswered Motion for Leave to File Response to Defendants' Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery for the State of Delaware or for Abstention Under 28 U.S.C. § 1334(c) [Docket No. 17]. Therefore, briefing on the Plaintiff's Motion for Surreply is complete.

2

WHEREFORE, the Plaintiff respectfully requests that the Court consider the Plaintiff's Motion for Surreply at its earliest convenience.

Dated: April 3, 2007

_____
Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
THE BAYARD FIRM
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

- and -

Edmond D. Johnson (No. 2257)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

Attorneys for Chriss W. Street

## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 3rd day of April, 2007, I caused a copy of the foregoing **Certification of Completion of Briefing on Plaintiff's Motion to Remand to Court of Chancery of the State of Delaware or for Abstention under 28 U.S.C. § 1334(c)** to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

**VIA FIRST CLASS MAIL**

Robert T. Kugler, Esquire
Jacob B. Sellers, Esquire
Leonard, Street and Deinard, P.A.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

_____
Ashley B. Stitzer (No. 3891)