IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET, | |
| Plaintiff, | CIVIL ACTION NO. 07-65 |
| v. | |
| THE END OF THE ROAD TRUST AND AMERICAN TRAILER INDUSTRIES, INC., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF CHRISS W. STREET'S MOTION FOR
LEAVE TO FILE RESPONSE TO DEFENDANTS' SURRPEPLY TO MOTION
TO REMAND TO COURT OF CHANCERY OF THE STATE OF DELAWARE
OR FOR ABSTENTION UNDER 28 U.S.C. § 1334(c)**

Upon consideration of the Plaintiff Chriss W. Street's Motion for Leave to File Response to Defendants' Surreply to Plaintiff Chriss W. Street's Motion to Remand to Court of Chancery for the State of Delaware or for Abstention Under 28 U.S.C. § 1334(c) (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED.

Dated: 5/9, 2007

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge

654427-1