## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>              Plaintiff,<br><br>     v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>              Defendants. | CIVIL ACTION NO. 07-65 *** |

### NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Edmond D. Johnson, Phillip T. Mellet and Pepper

Hamilton LLP hereby withdraw as counsel in the captioned matter. Peter B. Ladig and The

Bayard Firm remain as counsel of record.


Dated: August 2, 2007

                                    Edmond D. Johnson (Del. Bar No. 2257)
                                    Phillip T. Mellet (Del. Bar. No. 4741)
                                    PEPPER HAMILTON LLP
                                    Hercules Plaza, Suite 5100
                                    1313 N. Market Street
                                    P.O. Box 1709
                                    Wilmington, DE   19899-1709
                                    (302) 777-6500