IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-0065 |
| | ) |
| THE END OF THE ROAD TRUST AND | ) |
| AMERICAN TRAILER INDUSTRIES, INC., | ) |
| | ) |
| Respondents. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Philip Greer, Esq. to represent Petitioner Chriss W. Street in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

Dated: September 12, 2007

THE BAYARD FIRM

/s/ Scott G. Wilcox (Del. Bar No. 3882)
Neil B. Glassman (Del. Bar No. 2087)
Steven M. Yoder (Del. Bar No. 3885)
Ashley B. Stitzer (Del. Bar No. 3891)
Scott G. Wilcox (Del. Bar No. 3882)
222 Delaware Avenue
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorneys for Chriss W. Street

669705-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Phillip Greer, Esquire
1280 Bison Road, Suite B9-531
Newport Beach, California 92660
Telephone: (949) 640-8911

669705-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>    Petitioner,<br><br>    v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-0065<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____
                                                                                     United States District Judge

669705-1

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, hereby certify that on the 12th day of September, 2007, I caused a copy of the foregoing **Motion and Order for Admission *Pro Hac Vice*** to be served upon the parties listed below in the manner indicated

### *VIA* HAND DELIVERY

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

### *VIA* FIRST CLASS MAIL

Robert T. Kugler, Esquire
Jacob B. Sellers, Esquire
LEONARD, STREET AND DEINARD,
 *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

_____
Stephen B. Brauerman (No. 4952)

670139-1