# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395
Writer's Direct Access

302-429-4212
cdavis@bayardfirm.com

September 28, 2007

**VIA E-FILING AND HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

      RE: *Chriss W. Street v. End of the Road Trust, et al.*
           Case No. 07-cv-65 (\*\*\*)

Dear Magistrate Judge Thynge:

    At Your Honor's request, the parties conferred about the possibility of having the Motion to Remand decided by you. The Respondents, End of the Road Trust and ATII, are unwilling to consent to that process. As a result, Mr. Street respectfully requests that, at your earliest convenience, Your Honor advise the Chief Judge of the District Court that the Motion to Remand is fully briefed, ripe for decision and should be assigned for consideration by a judge of the District Court on an expedited basis.

    Counsel is available at the convenience of the Court to discuss this matter further.

                          Respectfully submitted,

                          /s/ Charlene D. Davis

                          Charlene D. Davis

CDD/tlw
cc:    David L. Finger, Esquire (via email and U.S. Mail First Class)
        Robert T. Kugler, Esquire (via email and U.S. Mail First Class)
        Robert L. DeMay, Esquire (via email and U.S. Mail First Class)
        Sarah E. Doerr, Esqurie (via email and U.S. Mail First Class)
        Jacob B. Sellers, Esquire (via email and U.S. Mail First Class)

#24162-3

671526-1