IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 07-65 JJF |
| THE END OF THE ROAD TRUST AND AMERICAN TRAILER INDUSTRIES, INC. | : |
|     Defendants. | : |

### O R D E R

At Wilmington, this 29 day of April 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Remand to Court of Chancery of the State of Delaware or For Abstention (D.I. 5) is **DENIED**;

2. This matter is referred to the Bankruptcy Court for assignment to the Honorable Peter J. Walsh.

                                                      */s/ Joseph J. Farnan*
                                                  UNITED STATES DISTRICT JUDGE