## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISS W. STREET,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE END OF THE ROAD TRUST AND<br>AMERICAN TRAILER INDUSTRIES, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 07-65 JJF |

### NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO
### FED. R. CIV. P. 59(E) AND LOCAL RULE 7.1.5 FOR CLARIFICATION
### AND/OR RECONSIDERATION OF MEMORANDUM OPINION AND ORDER

PLEASE TAKE NOTICE that Petitioner/Plaintiff Chriss W. Street ("Mr. Street"),

by his undersigned counsel, hereby withdraws the Motion Pursuant to Fed. R. Civ. P.

59(e) and Local Rule 7.1.5 for Clarification and/or Reconsideration of Memorandum

Opinion and Order [D.I. 37]  and the Memorandum in Support of Motion Pursuant to

Fed. R. Civ. P. 59(e) and Local Rule 7.1.5 for Clarification and/or Reconsideration of

Memorandum Opinion and Order [D.I. 38] filed on May 9, 2008.

Dated:  May 21, 2008

BAYARD, P.A.

Neil B. Glassman (No. 2087)
Charlene D. Davis (No. 2336)
Ashley B. Stitzer (No. 3891)
Scott G. Wilcox (No. 3882)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899-5130
Telephone:  (302) 655-5000
Facsimile: (302) 658-6395

*Counsel for Chriss W. Street*

Phillip Greer, Esquire
Law Offices of Phillip Greer, Esquire
1300 Bristol Street North, Suite 100
Newport Beach, California 92660
Telephone:  (949) 640-8911
Facsimile: (949) 759-7687

## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 21st day of May, 2008, I caused a copy of the foregoing **Notice of Withdrawal of Motion Pursuant to Fed. R. Civ. P. 59(e) and Local Rule 7.1.5 for Clarification and/or Reconsideration of Memorandum Opinion and Order** to be served upon the following in the manner indicated:

<u>Via Electronic and U.S. First Class Mail</u>
David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

<u>Via Electronic and U.S. First Class Mail</u>
Robert T. Kugler, Esquire
Jacob B. Sellers, Esquire
LEONARD, STREET AND DEINARD,
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

Ashley B. Stitzer (No. 3891)